| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | JOEL S. SANDERS, SBN 107234, |
| 2 | JSanders@gibsondunn.com |
| | RACHEL S. BRASS, SBN 219301, |
| 3 | RBrass@gibsondunn.com |
| | REBECCA JUSTICE LAZARUS, SBN 227330, |
| 4 | RJustice@gibsondunn.com |
| | SERENA G. LIU, SBN 264977, |
| 5 | SGLiu@gibsondunn.com |
| | 555 Mission Street |
| 6 | Suite 3000                                    2691 |
| | San Francisco, California 94105-2933 |
| 7 | Telephone: 415.393.8200 |
| | Facsimile: 415.393.8306 |

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Related to<br>Individual Case No. 3:11-cv-00829-SI | Individual Case No. 3:11-cv-00829-SI |
| METROPCS WIRELESS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, ET AL.,<br><br>Defendants. | **STIPULATION AND [P̶R̶OPOSED] ORDER WAIVING ORAL ARGUMENT ON METROPCS WIRELESS, INC.'S MOTION FOR ORDER AUTHORIZING PLAINTIFFS TO SERVE CHUNGHWA PICTURE TUBES, LTD. THROUGH ITS U.S. COUNSEL** |

The undersigned counsel, on behalf of MetroPCS Wireless, Inc. ("Plaintiff") and Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa"), request that the Court take off calendar the hearing on Plaintiff's Motion for Order Authorizing Plaintiffs to Serve Defendant Chunghwa Picture Tubes, Ltd. Through Its U.S. Counsel (the "Motion") and rule based on the papers.

WHEREAS Plaintiff filed the Motion on April 15, 2011 and Chunghwa filed a Memorandum in Opposition on April 29, 2011;

WHEREAS Plaintiff and Chunghwa agree that the issue has been fully briefed;

Gibson, Dunn &
Crutcher LLP

1

Stipulation and [Proposed] Order Waiving Oral Argument, Case No.: MDL 07-01827

WHEREAS the Court has previously heard argument and ruled on substantially similar motions in related cases;

THEREFORE, Plaintiff and Chunghwa, by their respective counsel, stipulate and agree to waive oral argument on the Motion, and submit to the Court's ruling on the papers that have been filed. The parties agree that the hearing scheduled for 9:00 a.m. on May 20, 2011 may be taken off calendar, subject to any further direction of the Court.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 29, 2011

By: ____/s/ William A. Isaacson____
William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
*Counsel for MetroPCS Wireless, Inc.*

By: ____/s/ Rachel S. Brass____
Rachel S. Brass, SBN 219301
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
*Counsel for Defendant Chunghwa Picture Tubes, Ltd.*

**Attestation:** The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
5/2/11
_____          _____
Date Entered                                                    Honorable Judge Susan Illston