William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

Laura J. McKay (SBN 230049)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: lmckay@bsfllp.com

Counsel for Plaintiff
METROPCS WIRELESS, INC.

(Additional counsel listed on signature page)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827-SI (N.D. Cal.) Case No. 3:11-cv-00829-SI (N.D. Cal.) MDL No. 1827 |
| This Document Relates To Individual Case No. 3:11-cv-00829-SI (N.D. Cal.) <br><br> METROPCS WIRELESS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AU OPTRONICS CORPORATION, et al., <br><br> Defendants. | **STIPULATION AND [PROPOSED] ORDER WITHDRAWING JOINT MOTION TO DISMISS AND MITSUI MOTION TO DISMISS AND EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |

Plaintiff and Defendants, through the undersigned counsel, request that the Court enter the following order to withdraw: (1) the Defendants' Motion to Dismiss directed to Plaintiff, and (2) Defendant Mitsui & Co (Taiwan), Ltd.'s Motion to Dismiss directed to Plaintiff, and extend Defendants' time to respond to the amended complaint that Plaintiff will file on or before July 8, 2011.

WHEREAS certain Defendants filed a joint motion to dismiss the Complaint in this action on June 9, 2011 (MDL Dkt #2894), and Defendant Mitsui & Co (Taiwan) Ltd. filed a separate motion to dismiss on June 9, 2011 (MDL Dkt #2893) (the "Motions");

WHEREAS the hearing on the Motions was originally scheduled for August 5, 2011;

WHEREAS Plaintiff, although it opposes the Motions, will exercise its right under Federal Rule of Civil Procedure 15(a) to file a First Amended Complaint in lieu of filing an opposition to the Motions;

WHEREAS the parties agree that the briefing dates and hearing associated with the Motions should be withdrawn and that Plaintiff will file its First Amended Complaint after the existing deadline to file its opposition to the Motions;

WHEREAS the parties further agree that Plaintiff may have until July 8, 2011 to file a First Amended Complaint and Defendants may have until August 5, 2011 to respond to the First Amended Complaint, that Plaintiff may have until August 26, 2011 to oppose or otherwise respond to Defendants' response, and that Defendants may have until September 9, 2011 to reply to such opposition;

WHEREAS the parties further agree that the hearing on any responses made by Defendants may be noticed for September 23, 2011;

WHEREAS the parties further agree that, in the alternative, the Defendants may have 60 days from the date the First Amended Complaint is filed to answer said Complaint;

THEREFORE, Plaintiff, by its counsel, and Defendants, by the undersigned counsel, stipulate and agree as follows:

1.      The Motions shall be withdrawn and the briefing schedule and hearing date stricken.

Case No. 3:11-cv-00829-SI
Master File No. 3:07-md-01827-SI

1    2.     Plaintiff shall file a First Amended Complaint on or before July 8, 2011.

2    3.     Defendants shall respond to the First Amended Complaint by August 5, 2011.

3    4.     Plaintiff shall oppose or otherwise respond to Defendants' filings by August 26,

4    2011.

5    5.     Defendants shall submit any replies by September 9, 2011.

6    6.     The hearing on any responses made by Defendants shall be noticed for September

7    23, 2011.

8    7.     In the alternative, Defendants shall have 60 days from the date the First Amended

9    Complaint is filed to answer said Complaint.

10   **IT IS SO STIPULATED.**

11

12

13

14   DATED:  June 22, 2011              _____/s/ William A. Isaacson_____
                                        William A. Isaacson (admitted *pro hac vice*)
15                                      BOIES, SCHILLER & FLEXNER LLP
                                        5301 Wisconsin Ave. NW, Suite 800
16                                      Washington, D.C.  20015
                                        Telephone:  (202) 237-2727
17                                      Facsimile:   (202) 237-6131
                                        Email:  wisaacson@bsfllp.com
18
                                        Philip J. Iovieno (admitted *pro hac vice*)
19                                      Anne M. Nardacci (admitted *pro hac vice*)
                                        BOIES, SCHILLER & FLEXNER LLP
20                                      10 North Pearl Street, 4th Floor
                                        Albany, NY  12207
21                                      Telephone:  (518) 434-0600
                                        Facsimile:   (518) 434-0665
22                                      Email: piovieno@bsfllp.com

23                                      Laura J. McKay (SBN 230049)
                                        BOIES, SCHILLER & FLEXNER LLP
24                                      1999 Harrison Street, Suite 900
                                        Oakland, CA 94612
25                                      Telephone:  (510) 874-1000
                                        Facsimile:   (510) 874-1460
26                                      Email:  lmckay@bsfllp.com

27                                      *Counsel for Plaintiff*
                                        *MetroPCS Wireless, Inc.*
28

_____/s/ Paul P. Eyre_____
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
peyre@bakerlaw.com
evargo@bakerlaw.com
mmumford@bakerlaw.com

Tracy Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210
Facsimile: (212) 589-4201
tcole@bakerlaw.com

*Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.*

_____/s/ Rachel S. Brass (SBN 219301)_____
Joel S. Sanders (SBN 107234)
Rachel S. Brass (SBN 219301)
Rebecca Justice Lazarus (SBN 227330)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415)393.8200 (Phone)
(415)393.8306 (Facsimile)
rbrass@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Tatung Company of America, Inc.*

_____/s/ Christopher A. Nedeau (SBN 81297)_____
Christopher A. Nedeau (SBN 81297)
Carl L. Blumenstein (SBN 124158)
Katharine Chao (SBN 247571)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415)398.3600 (Phone)
(415)398.2438 (Facsimile)

cnedeau@nossaman.com
cblumenstein@nossaman.com
kchao@nossaman.com
*Attorneys for Defendants AU Optronics Corporation
and AU Optronics Corporation America*



_____/s/ Christopher B. Hockett (SBN 121539)_____
Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
(650)752.2000 (Phone)
(650)752.2111 (Facsimile)
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com
micah.block@davispolk.com

Jonathan D. Martin (*pro hac vice*)
Bradley R. Hansen (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212)450.4000 (Phone)
(212)701.5800 (Facsimile)
jonathan.martin@davispolk.com
bradley.hansen@davispolk.com

*Attorneys for Defendants Chimei Innolux Corporation
(f/k/a Chi Mei Optoelectronics Corp.), Chi Mei
Optoelectronics USA, Inc., and CMO Japan Co., Lt*

/s/ Stephen P. Freccero (SBN 131093)
Melvin R. Goldman (SBN 34097)
Stephen P. Freccero (SBN 131093)
Derek F. Foran (SBN 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415)268.7000 (Phone)
(415)268.7522 (Facsimile)
mgoldman@mofo.com
sfreccero@mofo.com
dforan@mofo.com

*Attorneys for Defendants Epson Electronics America, Inc. and Epson Imaging Devices, Inc.*

                                    /s/ Kent M. Roger (SBN 95987)
Kent M. Roger (SBN 95987)
Jennifer L. Calvert (SBN 258018)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415)442.1000 (Phone)
(415)442.1001 (Facsimile)
kroger@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

                                    /s/ Ramona M. Emerson *(pro hac vice)*
Hugh F. Bangasser *(pro hac vice)*
Ramona M. Emerson *(pro hac vice)*
Christopher M. Wyant *(pro hac vice)*
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206)623.7580 (Phone)
(206)623.7022 (Facsimile)

Jeffrey L. Bornstein (SBN 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415)249.1059 (Phone)
(415)882.8220 (Facsimile)

*Attorneys for Defendant HannStar Display Corporation*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____/s/ Allison A. Davis (SBN 139203)_____
Allison A. Davis (SBN 139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
(415)276.6500 (Phone)
(415)276.6599 (Facsimile)
allisondavis@dwt.com

*Attorneys for Defendant Sanyo Consumer Electronics Co., Ltd.*

_____/s/ John M. Grenfell (SBN 88500)_____
John M. Grenfell (SBN 88500)
Jacob R. Sorensen (SBN 209134)
Fusae Nara (*pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415)983.1000 (Phone)
(415)983.1200 (Facsimile)
john.grenfell@pillsburylaw.com
jake.sorensen@pillsburylaw.com
fusae.nara@pillsburylaw.com

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

_____/s/ John H. Chung (pro hac vice)_____
John H. Chung (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212)819.8200 (Phone)
(212)354.8113 (Facsimile)
jchung@whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____  6/24/11

_____
Hon. Susan Y. Illston
United States District Judge