William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

Laura J. McKay (SBN 230049)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: lmckay@bsfllp.com

Counsel for Plaintiff
METROPCS WIRELESS, INC.

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To Individual Case No. 3:11-cv-00829-SI (N.D. Cal.)<br><br>METROPCS WIRELESS, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants. | Case No. 3:11-cv-00829-SI (N.D. Cal.)<br><br>Master File No. 3:07-md-01827-SI (N.D. Cal.)<br><br>MDL No. 1827<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING TIME TO FILE OPPOSITION TO MITSUI & CO. (TAIWAN), LTD.'S MOTION TO DISMISS METROPCS WIRELESS, INC.'S FIRST AMENDED COMPLAINT** |

1  Plaintiff MetroPCS Wireless, Inc. and Defendant Mitsui & Co. (Taiwan), Ltd. through the
2  undersigned counsel, request that the Court enter the following order to (1) extend Plaintiff's time
3  to oppose Defendant's Motion to Dismiss to August, 31, 2011; and (2) extend Defendant's time to
4  file a reply in support of its Motion to Dismiss to September 14, 2011.

5  WHEREAS Defendant filed a motion to dismiss the First Amended Complaint in this
6  action on August 5, 2011 (MDL Dkt #3218) (the "Motion");

7  WHEREAS Plaintiff's opposition is due to be filed on August 26, 2011;

8  WHEREAS the parties agree that Plaintiff may have until August 31, 2011 to file its
9  opposition to the Motion;

10  WHEREAS Defendant's reply is due to be filed on September 9, 2011;

11  WHEREAS the parties further agree that Defendant may have until September 14, 2011 to
12  submit its reply;

13  WHEREAS the hearing on the Motion shall remain scheduled for September 23, 2011;

14  THEREFORE, Plaintiff, by its counsel, and Defendant, by the undersigned counsel,
15  stipulate and agree as follows:

16  1. Plaintiff shall oppose the Motion by August 31, 2011.

17  2. Defendant shall submit its reply by September 14, 2011

18  3. The hearing shall be noticed for September 23, 2011.

19  **IT IS SO STIPULATED.**

20

21  DATED: August 25, 2011          /s/ William A. Isaacson
             William A. Isaacson (admitted *pro hac vice*)
22           BOIES, SCHILLER & FLEXNER LLP
             5301 Wisconsin Ave. NW, Suite 800
             Washington, D.C.  20015
23           Telephone:  (202) 237-2727
             Facsimile:   (202) 237-6131
24           Email:  wisaacson@bsfllp.com

25           Philip J. Iovieno (admitted *pro hac vice*)
             BOIES, SCHILLER & FLEXNER LLP
26           10 North Pearl Street, 4th Floor
             Albany, NY  12207
27           Telephone:  (518) 434-0600
             Facsimile:   (518) 434-0665
28           Email: piovieno@bsfllp.com

| | |
|---|---|
| 1 | Laura J. McKay (SBN 230049) |
| 2 | BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900 |
| 3 | Oakland, CA 94612<br>Telephone:  (510) 874-1000 |
| 4 | Facsimile:   (510) 874-1460<br>Email:  lmckay@bsfllp.com |
| 5 | |
| 6 | *Counsel for Plaintiff MetroPCS Wireless, Inc.* |
| 7 | _____/s/ Paul P. Eyre_____ |
| 8 | Paul P. Eyre<br>Ernest E. Vargo |
| 9 | Michael E. Mumford |
| 10 | BAKER & HOSTETLER LLP<br>PNC Center |
| 11 | 1900 East Ninth Street, Suite 3200<br>Cleveland, OH 44114-3482 |
| 12 | Telephone: (216) 621-0200<br>Facsimile: (216) 696-0740 |
| 13 | peyre@bakerlaw.com<br>evargo@bakerlaw.com |
| 14 | mmumford@bakerlaw.com |
| 15 | Tracy Cole |
| 16 | BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza |
| 17 | New York, NY 10111<br>Telephone: (212) 589-4210 |
| 18 | Facsimile: (212) 589-4201<br>tcole@bakerlaw.com |
| 19 | |
| 20 | *Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.* |
| 21 | Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of |
| 22 | this document has been obtained from stipulating defendants. |
| 23 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 24 | |
| 25 | |
| 26 | DATED: ___8/25/11___ |
| 27 | _____<br>Hon. Susan Y. Illston<br>United States District Judge |
| 28 | |

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE OPPOSITION TO MITSUI - 2 -
& CO. (TAIWAN), LTD.'S MOTION TO DISMISS

Case No. 3:11-cv-00829-SI
Master File No. 3:07-md-01827-SI