1    William A. Isaacson (admitted *pro hac vice*)
     BOIES, SCHILLER & FLEXNER LLP
2    5301 Wisconsin Ave. NW, Suite 800
     Washington, D.C.  20015
3    Telephone:  (202) 237-2727
     Facsimile:   (202) 237-6131
4    Email:  wisaacson@bsfllp.com

5    Philip J. Iovieno (admitted *pro hac vice*)
     Anne M. Nardacci (admitted *pro hac vice*)
6    Christopher V. Fenlon (admitted *pro hac vice*)
     BOIES, SCHILLER & FLEXNER LLP
7    10 North Pearl Street, 4th Floor
     Albany, NY  12207
8    Telephone:  (518) 434-0600
     Facsimile:   (518) 434-0665
9    Email: piovieno@bsfllp.com
         anardacci@bsfllp.com
10        cfenlon@bsfllp.com

11   *Counsel for Plaintiffs*
     METROPCS WIRELESS, INC.

12

13                **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
14                 **SAN FRANCISCO DIVISION**

15

| | |
|---|---|
| 16   In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3: 11-cv-00829-SI (N.D. Cal.) |
| 17   This Document Relates To Individual Case No. 3: 11-cv-00829-SI (N.D. Cal.) | Master File No. 3:07-md-01827-SI (N.D. Cal.) |
| 18 | MDL No. 1827 |
| 19   METROPCS WIRELESS, INC., | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON DEFENDANTS' INDIVIDUAL AND JOINT MOTIONS TO DISMISS** |
| 20       Plaintiff, | |
| 21    vs. | |
| 22   AU OPTRONICS CORPORATION, et al., | |
| 23       Defendants. | |
| 24 | |

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE HEARING ON DEFENDANTS'
INDIVIDUAL AND JOINT MOTIONS TO DISMISS
                    Case No. 3: 11-cv-00829-SI
                    Master File No. 3:07-md-01827-SI

1    WHEREAS, on July 8, 2011, Plaintiff MetroPCS Wireless, Inc. ("MetroPCS") filed an

2    amended complaint in the above-captioned case (MDL Dkt. No. 3064) ("Amended Complaint");

3    WHEREAS, on August 5, 2011 defendants AU Optronics Corporation, AU Optronics

4    Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc.,

5    CMO Japan Co., Ltd., Chunghwa Picture Tubes, Ltd., Epson Electronics America, Inc., Epson

6    Imaging Devices Corporation, HannStar Display Corporation, Hitachi Electronic Devices (USA),

7    Inc., Hitachi, Ltd., Hitachi Displays, Ltd., Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan"), Sanyo

8    Consumer Electronics Co., Ltd. ("Sanyo"), Sharp Corporation, Sharp Electronics Corporation,

9    Tatung Company of America, Inc., Toshiba America Electronic Components, Inc., Toshiba

10   America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd.

11   (collectively, "Moving Defendants"), filed a joint motion to dismiss MetroPCS' Amended

12   Complaint (MDL Dkt. No. 3225 ) ("Joint Motion");

13   WHEREAS, on August 5, 2011, Mitsui Taiwan and Sanyo filed separate motions to

14   dismiss MetroPCS' Amended Complaint (MDL Dkt. Nos. 3218 and 3231, respectively)

15   (collectively, together with the Joint Motion, "Motions");

16   WHEREAS, the Motions are scheduled to be heard on October 7, 2011;

17   WHEREAS, counsel for MetroPCS has a conflict with another matter on October 7, 2011;

18   and

19   WHEREAS, counsel for Sanyo, Mitsui Taiwan, and Moving Defendants have agreed to

20   reschedule the hearing for October 28, 2011.

21   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

22   undersigned counsel, on behalf of their respective clients, MetroPCS, on the one hand, and

23   Moving Defendants, on the other hand, as follows:

24       1.    The Motions shall be heard on October 28, 2011.

25

26

27

28

1    DATED:  October 5, 2011           /s/ William A. Isaacson

2                             William A. Isaacson (admitted *pro hac vice*)
                            BOIES, SCHILLER & FLEXNER LLP

3                             5301 Wisconsin Ave. NW, Suite 800
                            Washington, D.C.  20015

4                             Telephone:  (202) 237-2727
                            Facsimile:   (202) 237-6131

5                             Email:  wisaacson@bsfllp.com

6                             Philip J. Iovieno (admitted *pro hac vice*)
                            Anne M. Nardacci (admitted *pro hac vice*)

7                             Christopher V. Fenlon (admitted *pro hac vice*)
                            BOIES, SCHILLER & FLEXNER LLP

8                             10 North Pearl Street, 4th Floor
                            Albany, NY  12207

9                             Telephone:  (518) 434-0600
                            Facsimile:   (518) 434-0665

10                           Email: piovieno@bsfllp.com
                                  anardacci@bsfllp.com

11                                   cfenlon@bsfllp.com

12                           *Counsel for Plaintiff MetroPCS Wireless, Inc.*

13                          /s/ Christopher A. Nedeau
                            Christopher A. Nedeau (CA Bar No. 81297)

14                             Carl L. Blumenstein (CA Bar No. 124158)
                            Katharine Chao (CA Bar No. 247571)

15                             NOSSAMAN LLP
                            50 California Street, 34th Floor

16                             San Francisco, California  94111-4799
                            (415) 398-3600 (Phone)

17                             (415) 398-2438 (Facsimile)
                            *cnedeau@nossaman.com*

18                             *cblumenstein@nossaman.com*
                            *kchao@nossaman.com*

19                           *Counsel for Defendants AU Optronics Corporation and*
                          *AU Optronics Corporation America*

20

21                          /s/ Neal A. Potischman
                            Christopher B. Hockett (SBN 121539)

22                             Neal A. Potischman (SBN 254862)
                            Sandra West (SBN 250389)

23                             Samantha H. Knox (SBN 254427)
                            DAVIS POLK & WARDWELL LLP

24                             1600 El Camino Real
                            Menlo Park, California  94025

25                             (650) 752-2000 / (650) 752-2111
                            chris.hockett@davispolk.com

26                             neal.potischman@davispolk.com

27                             sandra.west@davispolk.com
                            samantha.knox@davispolk.com

28

Jonathan D. Martin (admitted pro hac vice)
Bradley R. Hansen (admitted pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000 / (212) 701-5800
jonathan.martin@davispolk.com
bradley.hansen@davispolk.com

*Counsel for Defendants Chimei Innolux Corporation
(f/k/a Chi Mei Optoelectronics Corp.), Chi Mei
Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

_____/s/ Stephen P. Freccero_____
Melvin R. Goldman (CA Bar No. 34097)
Stephen P. Freccero (CA Bar No. 131093)
Derek F. Foran (CA Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
*mgoldman@mofo.com
sfreccero@mofo.com
dforan@mofo.com*

*Counsel for Defendants Epson Electronics America, Inc.
and Epson Imaging Devices Corporation*

1

                                        /s/ Ramona M. Emerson
2                                Hugh F. Bangasser (*pro hac vice*)
                                 Ramona M. Emerson (*pro hac vice*)
3                                Christopher M. Wyant (*pro hac vice*)
                                 K&L GATES LLP
4                                925 Fourth Avenue, Suite 2900
                                 Seattle, WA 98104
5                                (206) 623-7580 (Phone)
                                 (206) 370-6371 (Facsimile)
6                                *romana.emerson@klgates.com*

7
                                 Jeffrey L. Bornstein, (CA State Bar No. 99358)
8                                K&L GATES LLP
                                 Four Embarcadero Center, Suite 1200
9                                San Francisco, CA  94111
                                 Phone: (415) 249-1059
10                               Fax:    (415) 882-8220

11                               *Counsel for Defendant HannStar Display Corporation*

12                                      /s/ Kent M. Roger
                                 Kent M. Roger (CA Bar No. 95987)
13                               Michelle Kim-Szrom (CA Bar No. 252901)
                                 Jennifer L. Calvert (CA Bar No. 258018)
14                               MORGAN LEWIS & BOCKIUS LLP
                                 One Market, Spear Street Tower
15                               San Francisco, CA 94105-1126
                                 (415) 442-1000 (Phone)
16                               (415) 442-1001 (Facsimile)
                                 *kroger@morganlewis.com*
17                               *mkim-szrom@morganlewis.com*
                                 *jennifer.calvert@morganlewis.com*
18
                                 *Counsel for Defendants Hitachi, Ltd., Hitachi Displays,*
19                               *Ltd. and Hitachi Electronic Devices (USA), Inc.*

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____/s/ Michael E. Mumford_____
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*

*Counsel for Defendant Mitsui & Co. (Taiwan), Ltd.*


_____/s/ Allison A. Davis_____
Allison A. Davis (CA Bar No. 139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
(415) 276-6500 (Phone)
(415) 276-6599 (Facsimile)
*allisondavis@dwt.com*

Nick S. Verwolf (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 – 108th Ave. N.E., Suite 2300
Bellevue, WA  98004
(425) 646-6125 (Phone)
(425) 646-6199 (Facsimile)
*nickverwolf@dwt.com*

*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*


_____/s/ Jacob R. Sorensen_____
John M. Grenfell (CA Bar No. 88500)
Jacob R. Sorensen (CA Bar No. 209134)
Fusae Nara (*pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
*john.grenfell@pillsburylaw.com*
*jake.sorensen@pillsburylaw.com*
*fusae.nara@pillsburylaw.com*

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

1

_____/s/ Rachel S. Brass_____
Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP

2

555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

3

(415) 393-8200 (Phone)
(415) 393-8306 (Facsimile)

4

*rbrass@gibsondunn.com*

5

*Counsel for Defendants Chunghwa Picture Tubes, Ltd.*

6

*and  Tatung Company of America, Inc.*

7

8

9

_____/s/ John H. Chung_____

10

John H. Chung
WHITE & CASE LLP

11

1155 Avenue of the Americas
New York, NY 10036-2787

12

(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)

13

*jchung@whitecase.com*

14

*Counsel for Defendants Toshiba Corporation, Toshiba*
*America Electronic Components, Inc., Toshiba America*

15

*Information Systems, Inc., and Toshiba Mobile Display*
*Co., Ltd.*

16

17

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of

18

this document has been obtained from stipulating defendants.

19

20

21

22

23

**IT IS SO ORDERED.**

24

25

Dated: _____10/5_____, 2011

26

_____

27

Susan Illston, United States District Judge

28