UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No.   3:07-MD-1827-SI |
| | **MDL NO. 1827** |
| THIS DOCUMENT RELATES TO: | Case No.  3:10-cv-3205-SI |
| | Case No.  3:10-cv-4346-SI |
| *Tracfone Wireless, Inc. v. AU Optronics Corp.* 3:10-cv-3205-SI | Case No.  3:10-cv-5458-SI |
| | Case No.  3:10-cv-5616-SI |
| | Case No.  3:10-cv-5625-SI |
| *State of Oregon v. AU Optronics Corp.,* 3:10-cv-4346-SI | Case No.  3:11-cv-829-SI |
| | Case No.  3:11-cv-2225-SI |
| | Case No.  3:11-cv-2495-SI |
| *SB Liquidating Trust v. AU Optronics Corp.* 3:10-cv-5458-SI | Case No.  3:11-cv-2591-SI |
| | Case No.  3:11-cv-3342-SI |
| | Case No.  3:11-cv-3763-SI |
| *Sony Electronics Inc. v. LG Display Co., Ltd.,* 3:10-cv-5616-SI | Case No.  3:11-cv-3856-SI |
| | Case No.  3:11-cv-4116-SI |
| | Case No.  3:11-cv-4119-SI |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, v. AU Optronics Corp.,* 3:10-cv-5625-SI | Case No.  3:11-cv-4119-SI |
| | Case No.  3:11-cv-4119-SI |
| | Case No.  3:11-cv-5765-SI |
| | Case No.  3:11-cv-5781-SI |
| *MetroPCS Wireless, Inc. v. AU Optronics Corp.,* 3:11:cv-829-SI | Case No.  3:11-cv-6241-SI |
| | Case No.  3:12-cv-335-SI |
| | Case No.  3:12-cv-1426-SI |
| *Office Depot, Inc. v. AU Optronics Corp.,* 3:11-cv-2225-SI | Case No.  3:12-cv-1599-SI |
| | Case No.  3:12-cv-2214-SI |
| | Case No.  3:12-cv-2495-SI |
| *Jaco Electronics, Inc. v. AU Optronics Corp.,* 3:11-cv-2495-SI | Case No.  3:12-cv-4114-SI |
| | |
| | **[PROPOSED] ORDER RE SUMMARY JUDGMENT ON TRACK 2 CASES** |
| *T-Mobile U.S.A., Inc. v. AU Optronics Corp.,* 3:11-cv-2591-SI | |

CLONE M:07-1827 SI
sf-3217807

1

1
2  *Electrograph Systems, Inc. v. NEC Corp.*, 3:11-cv-3342-SI

3  *Interbond Corp. of America v. AU Optronics Corp.*, 3:11-cv-3763-SI
4

5  *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp.*, 3:11-cv-3856-SI

6
7  *Hewlett-Packard Co. v. AU Optronics Corp.*, 3:11-cv-4116-SI

8  *ABC Appliance, Inc. v. AU Optronics Corp.*, 3:11-cv-4119-SI

9
10  *Marta Cooperative of America, Inc. v. AU Optronics Corp.*, 3:11-cv-4119-SI

11  *P.C. Richard & Son Long Island Corp., v. AU Optronics Corp.*, 3:11-cv-4119-SI

12
13  *Tech Data Corp., v. AU Optronics Corp.*, 3:11-cv-5765-SI

14  *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustree, v. AU Optronics Corp.*, 3:11-cv-5781-SI

15
16  *CompuCom Systems, Inc. v. AU Optronics Corp.*, 3:11-cv-6241-SI

17
18  *Viewsonic Corp. v. AU Optronics Corp.*, 3:12-cv-335-SI

19  *NECO Alliance LLC v. AU Optronics Corp.*, 3:12-cv-1426-SI

20
21  *Sony Electronics Inc. v. AU Optronics Corp.*, 3:12-cv-1599-SI

22  *Sony Electronics Inc. v. Hannstar Display Corp.*, 3:12-cv-2214-SI

23
24  *Rockwell Automation, Inc. v. AU Optronics Corp.*, 3:12-cv-2495-SI

25  *Best Buy Co., Inc. v. Toshiba Corp.*, 3:12-cv-4114-SI

26
27
28

MASTER M:07-1827 SI
sf-3217807

2

The Court hereby modifies the Stipulated Order Re Revised Pretrial Schedule for Track 2 Cases entered on November 13, 2012 (MDL ECF No. 7139):

- <u>August 20, 2013</u> and <u>September 10, 2013</u> deadlines for the parties to provide additional and supplemental "description[s] of each issue/subject of summary judgment motions" are hereby vacated and replaced with the following:
- <u>August 20, 2013:</u>  Plaintiffs and defendants to serve proposed list of summary judgment motions (copies to be provided to the court).
- <u>August 21-September 9, 2013:</u>  Plaintiffs and defendants to meet and confer over proposed list of summary judgment motions and schedule for same.
- <u>September 10, 2013:</u>  Plaintiffs and defendants to file with the Court joint list of proposed summary judgment motions and proposed schedule for summary judgment filings.
- <u>October 30, 2013:</u>  Last day to file supplemental list of proposed summary judgment motions based upon new information or issues raised in the reply expert reports.

**IT IS SO ORDERED.**

Dated:  11/20/12

Hon. Susan Illston
United States District Judge