CHRISTOPHER A. NEDEAU (SBN 81297)
CARL L. BLUMENSTEIN (SBN 124158)
JAMES A. NICKOVICH (SBN 244969)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111
Telephone:     (415) 398-3600
Facsimile:      (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
jnickovich@nossaman.com

Attorneys for Defendants
AUO Optronics Corporation and
AUO Optronics Corporation America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>*ABC Appliances, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-04119 SI<br><br>*AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-05781 SI<br><br>*Circuit City v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-05625 SI<br><br>*CompuCom Systems, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-06241 SI<br><br>*Electrograph Systems, Inc., et al. v. NEC Corporation, et al.*, Case No. 3:10-cv-00117 SI<br><br>*Interbond Corporation of America v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-03763 SI<br><br>*JACO Electronics, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-02495 SI<br><br>*Marta Cooperative of America, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-04119 SI<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-00829 SI | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE PRESENTLY SCHEDULED FOR MARCH 7, 2013** |

276317_1.DOC - 1 - Case No. 3:07-MD-1827 SI
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE PRESENTLY
SCHEDULED FOR MARCH 7, 2013

*NECO Alliance, LLC v. AU Optronics Corporation, et al.*, Case No. 3:12-cv-01426 SI

*Office Depot, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-02225 SI

*P.C. Richard & Son Long Island Corporation, et al., v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-04119 SI

*SB Liquidation Trust v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-05458 SI

*Sony Electronics, Inc. v. LG Display Co., Ltd.,* Case No. 3:10-cv-05616 SI

*Sony Electronics, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:12-cv-01599 SI

*Sony Electronics, Inc. v. HannStarDisplay Corp.*, Case No. 3:12-cv-02214 SI

*State of Oregon, ex rel. John Kroger, Attorney General  v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-04346 SI

*T-Mobile USA, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-02591 SI

*Tech Data Corporation and Tech Data Product Management, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-05765 SI

*Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:10-cv-03205 SI

*Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-03856 SI

*ViewSonic Corporation v. AU Optronics Corporation, et al.,* Case No. 3:12-cv-00335 SI

The undersigned liaison counsel, on behalf of all plaintiffs and defendants in the above-referenced "Track 2" actions (collectively the "Track 2 parties"), hereby stipulate and agree as follows:

WHEREAS, a Case Management Conference is presently scheduled in the above-referenced cases on March 7, 2013;

1  WHEREAS, pursuant to the Clerk's Notice, ECF No. 7587, another Case Management Conference in this Multi District Litigation is presently scheduled for March 15, 2013 at 3:00 p.m.;

WHEREAS, the parties wish to minimize the expense and inconvenience of having counsel travel to and attend two separate conferences, and in accordance with the emailed request of the Clerk of Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of all Track 2 plaintiffs and defendants and subject to the concurrence of the Court, that the Case Management Conference presently scheduled for March 7, 2013 shall be continued to March 15, 2013 at 3:00 p.m.

Dated: March 1, 2013

NOSSAMAN LLP

By: ___/s/ Carl L. Blumenstein___
Carl L. Blumenstein
Liaison Counsel for Defendants and Attorneys for Defendants AUO Optronics Corporation and AUO Optronics Corporation America

Dated: March 1, 2013

CROWELL & MORING LLP

By: ___/s/ Jerome A. Murphy___
Jerome A. Murphy
Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Jaco Electronics, Inc. and ViewSonic Corporation

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**IT IS SO ORDERED.**

Dated: 3/1/13

[signature: Susan Illston]
The Honorable Susan Illston
United States District Court Judge

276317_1.DOC                                          - 3 -                              Case No. 3:07-MD-1827 SI
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE PRESENTLY SCHEDULED FOR MARCH 7, 2013