1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

11
12
13
14

In re: TFT-LCD (FLAT PANEL)
ANTITRUST LITIGATION

15

This Document Relates To:

16

*MetroPCS Wireless, Inc. v. AU Optronics
Corp., et al.*, 3:11-cv-829-SI

17
18

*Office Depot, Inc. v. AU Optronics Corp., et al.*,
3:11-cv-2225-SI

19
20

*Interbond Corp. of America v. AU Optronics
Corp., et al.*, 3:11-cv-3763-SI

21
22

*Schultze Agency Services, LLC, on behalf of
Tweeter Opco, LLC and Tweeter Newco, LLC,
v. AU Optronics Corp., et al.*, 3:11-cv-3856-SI

23
24

*P.C. Richard & Son Long Island Corp., et al. v.
AU Optronics Corp., et al.*, 3:11-cv-4119-SI

25

*Tech Data Corp., et al. v. AU Optronics Corp.,
et al.*, 3:11-cv-5765-SI

26
27

*The AASI Creditor Liquidating Trust, by and
through Kenneth A. Welt, Liquidating Trustee v.
AU Optronics Corp., et al.*, 3:11-cv-5781-SI

28

Master File No. 3:07-md-01827-SI (N.D. Cal.)

MDL No. 1827

Case Nos. 3:11-cv-829-SI; 3:11-cv-2225-SI;
3:11-cv-3763-SI; 3:11-cv-3856-SI; 3:11-cv-
4119-SI; 3:11-cv-5765-SI; 3:11-cv-5781-SI;
3:11-cv-6241-SI; 3:12-cv-1426-SI;

**STIPULATION AND [PROPOSED]
ORDER EXTENDING DISCOVERY
CUTOFF; TIME TO MEET AND CONFER
AND/OR FILE MOTIONS TO COMPEL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-6241-SI

*NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-1426-SI

1       Direct Action Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond

2  Corporation of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island

3  Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data

4  Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust,

5  by and through Kenneth A. Welt, Liquidating Trustee; CompuCom Systems, Inc.; and NECO

6  Alliance LLC (collectively, "Direct Action Plaintiffs"), and Defendants Chi Mei

7  Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.

8  (collectively "Chi Mei Defendants" and together with Direct Action Plaintiffs, the "Parties")

9  stipulate as follows:

10      WHEREAS the Parties have previously stipulated to, and the Court has approved, the

11  extension of dates set in the Court's Orders re Pretrial and Trial Schedule (MDL Dkt. No.

12  7665) ("Track 2 Scheduling Stipulation");

13      WHEREAS the Track 2 Scheduling Stipulation extended the close of fact discovery to

14  May 17, 2013;

15      WHEREAS on April 12, 2013 Direct Action Plaintiffs served their First Set of

16  Interrogatories and First Set of Requests for Admission to Chi Mei Defendants (the

17  "Discovery");

18      WHEREAS Chi Mei Defendants served responses to the Discovery on May 16, 2013;

19      WHEREAS the Parties have endeavored to meet and confer regarding Chi Mei

20  Defendants' responses to the Discovery;

21      WHEREAS the Parties previously stipulated to extend the period to meet and confer

22  regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs

23  to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery

24      WHEREAS additional time is needed to meet and confer regarding Chi Mei

25  Defendants' responses to the Discovery;

26      NOW, THEREFORE, the Parties stipulate and agree as follows:

27      The period for Chi Mei Defendants and Direct Action Plaintiffs to meet and confer

28  regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs

to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery is

1   extended to June 7, 2013.

2

3

4   **IT IS SO STIPULATED.**

5

    DATED:  May 31, 2013                    */s/ Philip J. Iovieno*

6

7   William A. Isaacson
    Melissa Felder
    BOIES, SCHILLER & FLEXNER LLP

8   5301 Wisconsin Ave. NW, Suite 800
    Washington, D.C.  20015

9   Telephone:  (202) 237-2727
    Facsimile:   (202) 237-6131

10   Email:  wisaacson@bsfllp.com
              mfelder@bsfllp.com

11

12   Philip J. Iovieno
    Anne M. Nardacci
    Luke Nikas

13   Christopher V. Fenlon
    BOIES, SCHILLER & FLEXNER LLP

14   10 North Pearl Street, 4th Floor
    Albany, NY  12207

15   Telephone:  (518) 434-0600
    Facsimile:   (518) 434-0665

16   Email: piovieno@bsfllp.com
          anardacci@bsfllp.com

17   lnikas@bsfllp.com
          cfenlon@bsfllp.com

18

19   *Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island*

20   *Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product*

21   *Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

22

23

24

25

26

27

28

1

_/s/ Stuart H. Singer_
Stuart H. Singer

2

Meredith Schultz
BOIES, SCHILLER, & FLEXNER LLP

3

401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011

4

Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

5

mschultz@bsfllp.com

6

*Counsel for Plaintiffs Office Depot, Inc.; Tech Data Corp.*

7

*and Tech Data Product Management, Inc.; and The AASI*
*Creditor Liquidating Trust*

8

9

_/s/ Robert W. Turken_

10

Robert W. Turken
Mitchell E. Widom

11

Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP

12

1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456

13

Telephone: 305-374-7580
Facsimile: 305-374-7593

14

E-mail: rturken@bilzin.com
mwidom@bilzin.com

15

swagner@bilzin.com

16

*Counsel for Plaintiffs Tech Data Corp. and Tech Data*
*Product Management, Inc. and The AASI Creditor*

17

*Liquidating Trust*

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_/s/ Harrison J. Frahn IV_

James G. Kreissman (SBN 206740)
jkreissman@stblaw.com
Harrison J. Frahn IV (SBN 206822)
hfrahn@stblaw.com
Jason M. Bussey (SBN 227185)
jbussey@stblaw.com
Elizabeth A. Gillen (SBN 260667)
egillen@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the Office Depot, Inc., Jaco Electronics, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., Viewsonic Corp., NECO Alliance LLC, and Rockwell Automation, Inc. Actions Only*

_/s/ Michael R. Scott_

Michael R. Scott (*pro hac vice*)
Michael J. Ewart (*pro hac vice*)
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
mrs@hcmp.com; mje@hcmp.com

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

1  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this

2  document has been obtained from stipulating defendants.

3       **IT IS SO ORDERED.**

4

5       Dated: ____6/10/_____, 2013

6

7       _____

8       Susan Illston, United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28