1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827-SI (N.D. Cal.) |
| | MDL No. 1827 |
| This Document Relates To: | |
| *MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-829-SI | Case Nos. 3:11-cv-829-SI; 3:11-cv-2225-SI; 3:11-cv-3763-SI; 3:11-cv-3856-SI; 3:11-cv-4119-SI; 3:11-cv-5765-SI; 3:11-cv-5781-SI; 3:11-cv-6241-SI; 3:12-cv-1426-SI; |
| *Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-2225-SI | |
| *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-3763-SI | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DISCOVERY CUTOFF; TIME TO MEET AND CONFER AND/OR FILE MOTIONS TO COMPEL** |
| *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-3856-SI | |
| *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-4119-SI | |
| *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-5765-SI | |
| *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-5781-SI | |

1  *CompuCom Systems, Inc. v. AU Optronics*
   *Corp., et al.*, 3:11-cv-6241-SI
2

3  *NECO Alliance LLC v. AU Optronics Corp., et*
   *al.*, 3:12-cv-1426-SI
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Direct Action Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond

2  Corporation of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island

3  Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data

4  Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust,

5  by and through Kenneth A. Welt, Liquidating Trustee; CompuCom Systems, Inc.; and NECO

6  Alliance LLC (collectively, "Direct Action Plaintiffs"), and Defendants Chi Mei

7  Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.

8  (collectively "Chi Mei Defendants" and together with Direct Action Plaintiffs, the "Parties")

9  stipulate as follows:

10  WHEREAS the Parties have previously stipulated to, and the Court has approved, the

11  extension of dates set in the Court's Orders re Pretrial and Trial Schedule (MDL Dkt. No.

12  7665) ("Track 2 Scheduling Stipulation");

13  WHEREAS the Track 2 Scheduling Stipulation extended the close of fact discovery to

14  May 17, 2013;

15  WHEREAS on April 12, 2013 Direct Action Plaintiffs served their First Set of

16  Interrogatories and First Set of Requests for Admission to Chi Mei Defendants (the

17  "Discovery");

18  WHEREAS Chi Mei Defendants served responses to the Discovery on May 16, 2013;

19  WHEREAS the Parties have endeavored to meet and confer regarding Chi Mei

20  Defendants' responses to the Discovery;

21  WHEREAS the Parties previously stipulated to extend the period to meet and confer

22  regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs

23  to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery to June 7,

24  2013;

25  WHEREAS additional time is needed to meet and confer regarding Chi Mei

26  Defendants' responses to the Discovery;

27  NOW, THEREFORE, the Parties stipulate and agree as follows:

28  The period for Chi Mei Defendants and Direct Action Plaintiffs to meet and confer

regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs

1   to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery is

2   extended to June 21, 2013.

3

4

5   **IT IS SO STIPULATED.**

6

    DATED:  June 6, 2013                          _____/s/ Philip J. Iovieno_____

7

8                                                 William A. Isaacson
                                                  Melissa Felder
9                                                 BOIES, SCHILLER & FLEXNER LLP
                                                  5301 Wisconsin Ave. NW, Suite 800
10                                                Washington, D.C.  20015
                                                  Telephone:  (202) 237-2727
11                                                Facsimile:   (202) 237-6131
                                                  Email:  wisaacson@bsfllp.com
                                                          mfelder@bsfllp.com
12
                                                  Philip J. Iovieno
13                                                Anne M. Nardacci
                                                  Luke Nikas
14                                                Christopher V. Fenlon
                                                  BOIES, SCHILLER & FLEXNER LLP
15                                                10 North Pearl Street, 4th Floor
                                                  Albany, NY  12207
16                                                Telephone:  (518) 434-0600
                                                  Facsimile:   (518) 434-0665
17                                                Email: piovieno@bsfllp.com
                                                         anardacci@bsfllp.com
18                                                       lnikas@bsfllp.com
                                                         cfenlon@bsfllp.com
19
                                                  *Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office*
20                                                *Depot, Inc.; Interbond Corp. of America; Schultze Agency*
                                                  *Services, LLC; P.C. Richard & Son Long Island*
21                                                *Corporation; MARTA Cooperative of America, Inc.; ABC*
                                                  *Appliance Inc.; Tech Data Corp. and Tech Data Product*
22                                                *Management, Inc.; The AASI Creditor Liquidating Trust;*
                                                  *CompuCom Systems, Inc.; and NECO Alliance LLC*
23

24

25

26

27

28

1

2
                                   _____/s/ Stuart H. Singer_____
                                   Stuart H. Singer
3                                  Meredith Schultz
                                   BOIES, SCHILLER, & FLEXNER LLP
4                                  401 East Las Olas Boulevard, Suite 1200
                                   Fort Lauderdale, Florida 33301
5                                  Telephone: (954) 356-0011
                                   Facsimile: (954) 356-0022
6                                  Email: ssinger@bsfllp.com
                                          mschultz@bsfllp.com
7
                                   *Counsel for Plaintiffs Office Depot, Inc.; Tech Data Corp.*
8                                  *and Tech Data Product Management, Inc.; and The AASI*
                                   *Creditor Liquidating Trust*
9

10                                 _____/s/ Robert W. Turken_____
                                   Robert W. Turken
11                                 Mitchell E. Widom
                                   Scott N. Wagner
12                                 BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                                   1450 Brickell Ave., Suite 2300
13                                 Miami, Florida 33131-3456
                                   Telephone: 305-374-7580
14                                 Facsimile: 305-374-7593
                                   E-mail: rturken@bilzin.com
15                                        mwidom@bilzin.com
                                          swagner@bilzin.com
16
                                   *Counsel for Plaintiffs Tech Data Corp. and Tech Data*
17                                 *Product Management, Inc. and The AASI Creditor*
                                   *Liquidating Trust*
18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Neal A. Potischman
_____

Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone:     (650) 752-2000
Facsimile:     (650) 752-2111

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the Office Depot, Inc., Jaco Electronics, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., Viewsonic Corp., NECO Alliance LLC, and Rockwell Automation, Inc. Actions Only*

/s/ Michael R. Scott
_____

Michael R. Scott (*pro hac vice*)
Michael J. Ewart (*pro hac vice*)
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
mrs@hcmp.com; mje@hcmp.com

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

1   Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this

2   document has been obtained from stipulating defendants.

3       **IT IS SO ORDERED.**

4

5       Dated: _____, 2013
                        6/13

6

7       _____

8       Susan Illston, United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28