```
 1  WILLIAM S. FARMER (SBN 46694)
    DAVID BROWNSTEIN (SBN 141929)
 2  JACOB P. ALPREN (SBN 235713)
    FARMER BROWNSTEIN JAEGER LLP
 3  235 Pine Street, Suite 1300
    San Francisco CA 94104
 4  Telephone: (415) 795-2050
 5  Email: wfarmer@fbj-law.com
           jalpren@fbj-law.com
 6         dbrownstein@fbj-law.com
 7  Attorneys for Defendant
 8  CHUNGHWA PICTURE TUBES, LTD
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827 SI<br>MDL No. 1827 |
| This Document Is Related to<br>Individual Case No. 3:11-cv-00829-SI | Individual Case No. 3:11-cv-00829-SI |
| METROPCS WIRELESS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION., *et al.*,<br><br>Defendants. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa") hereby substitutes Farmer Brownstein Jaeger LLP as counsel for Chunghwa in the above-captioned matter in place of withdrawing counsel Gibson, Dunn & Crutcher LLP, as follows:

| | | |
|---|---|---|
| 1 | Former Counsel: | Joel S. Sanders |
| 2 | | jsanders@gibsondunn.com |
| | | Rachel S. Brass |
| 3 | | rbrass@gibsondunn.com |
| | | Joel Willard |
| 4 | | jwillard@gibsondunn.com |

**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

New Counsel:   William S. Farmer
David C. Brownstein
Jacob P. Alpren
**FARMERBROWNSTEIN JAEGER LLP**
235 Pine Street, Suite 1300
San Francisco CA 94104
Telephone: (415) 795-2050
Email: wfarmer@fbj-law.com
dbrownstein@fbj-law.com
jalpren@fbj-law.com

Please update all service lists and direct all future filings, discovery and correspondence to William S. Farmer, David C. Brownstein and Jacob P. Alpren as noted above.

The undersigned parties consent to the above substitution of counsel.

DATED: June ____, 2013          **CHUNGHWA PICTURE TUBES, LTD.**

By: _____
    By:
    Its:

DATED: June 24, 2013            **FARMERBROWNSTEIN JAEGER LLP**

By: /s/ William S. Farmer

Attorneys for Defendant Chunghwa Picture Tubes, Ltd.

| | | |
|---|---|---|
| 1 | Former Counsel: | Joel S. Sanders |
| 2 | | jsanders@gibsondunn.com |
| | | Rachel S. Brass |
| 3 | | rbrass@gibsondunn.com |
| | | Austin V. Schwing |
| 4 | | aschwing@gibsondunn.com |
| | | GIBSON, DUNN & CRUTCHER LLP |
| 5 | | 555 Mission Street, Suite 3000 |
| | | San Francisco, California 94105-2933 |
| 6 | | Telephone: 415.393.8200 |
| | | Facsimile: 415.393.8306 |
| 7 | | |
| 8 | New Counsel: | William S. Farmer |
| | | David C. Brownstein |
| 9 | | Jacob P. Alpren |
| | | FARMERBROWNSTEIN JAEGER LLP |
| 10 | | 235 Pine Street, Suite 1300 |
| | | San Francisco CA 94104 |
| 11 | | Telephone: (415) 795-2050 |
| 12 | | Email: wfarmer@fbj-law.com |
| | | dbrownstein@fbj-law.com |
| 13 | | jalpren@fbj-law.com |

Please update all service lists and direct all future filings, discovery and correspondence to William S. Farmer, David C. Brownstein and Jacob P. Alpren as noted above.

The undersigned parties consent to the above substitution of counsel.

DATED: July 14, 2013          CHUNGHWA PICTURE TUBES, LTD.

By: _Dannie Liu_
By: Dannie Liu
Its: Director

DATED: June ___, 2013          FARMERBROWNSTEIN JAEGER LLP

By: /s/
William S. Farmer

Attorneys for Defendant Chunghwa Picture Tubes, Ltd.

2                                                                    Case No. 11-cv-0829 SI
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

| | | |
|---|---|---|
| 1 | DATED: June 2⊥, 2013 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | |
| 5 | | Attorneys for Defendant Chunghwa Picture |
| 6 | | Tubes, Ltd. |

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

ORDER

The above substitution of counsel is approved and IT IS SO ORDERED.

DATED: 7/18/13

/s/ Susan Illston
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

3
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
Case No. 11-cv-0829 SI

| | |
|---|---|
| 1 | DATED: June ___, 2013 |

**GIBSON, DUNN & CRUTCHER LLP**

By: _____

Attorneys for Defendant Chunghwa Picture Tubes, Ltd.

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

## O R D E R

The above substitution of counsel is approved and IT IS SO ORDERED.

DATED: _____

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE