1  William A. Isaacson (admitted *pro hac vice*)
   Melissa Felder (admitted *pro hac vice*)
2  BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave. NW, Suite 800
3  Washington, D.C.  20015
   Telephone:  (202) 237-2727
4  Facsimile:  (202) 237-6131
   Email:  wisaacson@bsfllp.com
5          mfelder@bsfllp.com

6  Philip J. Iovieno (admitted *pro hac vice*)
   Anne M. Nardacci (admitted *pro hac vice*)
7  Christopher Fenlon (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
8  10 North Pearl Street, 4th Floor
   Albany, NY  12207
9  Telephone:  (518) 434-0600
   Facsimile:  (518) 434-0665
10  Email:  piovieno@bsfllp.com
           anardacci@bsfllp.com
11          cfenlon@bsfllp.com

12  [Additional counsel listed in signature page]

13  Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corporation of
    America, Inc.; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation;
14  MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data Corporation and Tech
    Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems,
15  Inc.; and NECO Alliance LLC

16                  UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                   SAN FRANCISCO DIVISION

18

19  IN RE: TFT-LCD (FLAT PANEL)          | CASE NO. M:07-md-01827-SI
    ANTITRUST LITIGATION
                                          | MDL No. 1827
20

21  This Document Relates to:             | CASE NOS. 3:10-cv-05458-SI;
                                          | 3:11-cv-0829-SI; 3:11-cv-02225-SI;
22  *SB Liquidation Trust v. AU Optronics* | 3:11-cv-02495-SI; 3:11-cv-03763-SI;
    *Corp., et al.*, 3:10-cv-05458-SI      | 3:11-cv-03856-SI; 3:11-cv-04119-SI;
                                          | 3:11-cv-05765-SI; 3:11-cv-05781-SI;
23  *MetroPCS Wireless, Inc. v. AU Optronics* | 3:11-cv-06241-SI; 3:12-cv-00335-SI;
    *Corp., et al.*, 3:11-cv-00829-SI      | 3:12-cv-01426-SI; 3:12-cv-02495-SI;
24                                        | 3:10-cv-05625-SI; 3:10-cv-03205 SI;

25  *Office Depot, Inc. v. AU Optronics Corp.,* | **STIPULATION AND [~~PROPOSED~~]**
    *et al.*, 3:11-cv-02225-SI                  | **ORDER SETTING REVISED TRACK 2**
                                                | **DEADLINES**
26  *Jaco Electronics, Inc. v. AU Optronics*
    *Corp., et al.*, 3:11-cv-02495-SI

27

28

1   *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI

2

3   *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*,
4   3:11-cv-03856-SI

5   *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-SI

6

7   *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI

8   *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v.*
9   *AU Optronics Corp., et al.*, 3:11-cv-05781-SI

10  *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI

11

12  *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI

13  *Rockwell Automation, Inc. v. AU Optronics Corp., et al.*, 3:12-cv-02495-SI

14

15  *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics*
16  *Corp., et al.*, 3:10-cv-05625-SI

17  *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.*, 3:10-cv-03205 SI

18

19      Plaintiffs in the above-captioned cases (collectively, "Track 2 Cases") and Defendants in

20  the Track 2 Cases (respectively, "Plaintiffs" and "Defendants," collectively, "Parties") hereby

21  stipulate as follows:

22      WHEREAS the Track 2 Cases have been proceeding with pretrial preparation in

23  accordance with the Court's Order dated June 12, 2013 (Dkt. No. 8076), and the deadline for

24  service of opposition expert reports for Defendants in the Track 2 cases is presently September

25  24, 2013;

26      WHEREAS, on June 13, 2013, Plaintiffs submitted reports from their experts in the Track

27  2 Cases;

28      WHEREAS counsel for Plaintiffs and counsel for Defendants in the Track 2 cases have

-1-

STIPULATION AND [PROPOSED] ORDER
SETTING REVISED TRACK 2 DEADLINES

met and conferred and determined that extending the deadline for Defendants' experts' opposition reports will enable depositions of Plaintiffs' experts to take place at a time more convenient for the Parties, their counsel, and Plaintiffs' experts;

WHEREAS counsel for Plaintiffs and counsel for Defendants in the Track 2 cases have met and conferred and determined that Plaintiffs and Defendants should each receive a one-month extension for submitting their opposition and reply expert reports, with the result that all other unexpired deadlines would be extended to preserve approximately the same number of days previously provided for briefing and hearings under the original schedule, as set forth below;

WHEREAS the following extensions for unexpired deadlines in the Track 2 cases will not prejudice any of the parties or the Court because trial dates have not been scheduled for any of these cases;

NOW THEREFORE, IT IS HEREBY STIPULATED between counsel for Plaintiffs and counsel for Defendants in the Track 2 cases, and subject to the concurrence of the Court, that the Track 2 cases, other than the *State of Oregon* case and the *Hewlett-Packard* case, will adopt the following Track 2 case schedule:

| Event | Current Date (pursuant to June 12, 2013 Order) | Revised Date |
|---|---|---|
| Close of limited fact discovery unique to DAP and State AG cases | May 17, 2013 (this deadline previously has been amended in certain Track 2 cases) | Unchanged |
| Service of opening expert reports for plaintiffs | June 13, 2013 | Unchanged |
| Service of underlying data and Code | June 19, 2013 | Unchanged |
| Service of opposition expert Reports | September 24, 2013 | October 24, 2013 |
| Service of underlying data and Code | September 30, 2013 | October 30, 2013 |
| Plaintiffs and Defendants to Serve Proposed List of Summary Judgment Motions (Copies to be Provided to the Court) | October 22, 2013 | November 22, 2013 |

STIPULATION AND [PROPOSED] ORDER
SETTING REVISED TRACK 2 DEADLINES

| | | |
|---|---|---|
| Plaintiffs and Defendants to Meet and Confer Over Proposed List of Summary Judgment Motions and Schedule for Same | October 25-November 11, 2013 | November 25-December 11, 2013 |
| Plaintiffs and Defendants to File with the Court Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings | November 13, 2013 | December 12, 2013 |
| Service of reply expert reports | November 26, 2013 | January 27, 2014 |
| Service of underlying data and Code | December 4, 2013 | February 4, 2014 |
| Service of sur-rebuttal expert reports on downstream pass-on | February 3, 2014 | April 9, 2014 |
| Service of underlying data and Code | February 9, 2014 | April 15, 2014 |
| Close of expert discovery | March 6, 2014 | May 20, 2014 |
| Last Day to File Supplemental List of Proposed Summary Judgment Motions Based Upon New Information or Issues Raised in the Reply Expert Reports | March 6, 2014 | March 27, 2014 |
| Last day to file dispositive Motions | April 4, 2014 | April 25, 2014 |
| Last day to file oppositions to dispositive motions | May 16, 2014 | June 6, 2014 |
| Last day to file reply briefs in support of dispositive motions | June 27, 2014 | July 18, 2014 |
| Last day for hearing dispositive motions | July 11, 2014 | August 1, 2014 |

Dated: August 23, 2013

Respectfully submitted,

By: _____ */s/ Philip J. Iovieno* _____

William Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email: wisaacson@bsfllp.com
        mfelder@bsfllp.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
         anardacci@bsfllp.com
         cfenlon@basfllp.com

Stuart H. Singer (admitted *pro hac vice*)
Meredith Schultz (admitted *pro hac vice*)
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email:  ssinger@bsfllp.com
         mschultz@bsfllp.com

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.;
Office Depot, Inc.; Interbond Corp. of America;
Schultze Agency Services, LLC; P.C. Richard & Son
Long Island Corporation; MARTA Cooperative of
America, Inc.; ABC Appliance Inc.; Tech Data Corp.
and Tech Data Product Management, Inc.; The AASI
Creditor Liquidating Trust; CompuCom Systems, Inc.;
and NECO Alliance LLC*

By:_____/s/ Robert W. Turken_____
        Robert W. Turken
        Mitchell E. Widon
        Scott N. Wagner
        BILZIN SUMBERG BAENA PRICE & AXELROD
        LLP
        1450 Rickell Avenue, Suite 2300
        Miami, FL  33131-3456
        Telephone:  (305) 374-7580
        Facsimile:   (305) 374-7593
        Email: rturken@bilzin.com
                 mwidom@bilzin.com
                 swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corp. and Tech
Data Product Management, Inc. and The AASI
Creditor Liquidating Trust*

1

By: _____*/s/ H. Lee Godfrey*_____

H. Lee Godfrey

2

Kenneth S. Marks

Jonathan J. Ross

3

Johnny W. Carter

SUSMAN GODFREY L.L.P.

4

1000 Louisiana Street, Suite 5100

Houston, TX  77002

5

Telephone:  (713) 651-9366

Facsimile:  (713) 654-6666

6

Email: lgodfrey@susmangodfrey.com

           kmarks@susmangodfrey.com

7

           jross@susmangodfrey.com

           jcarter@susmangodfrey.com

8

9

Parker C. Folse III

Rachel S. Black

Jordan Connors

10

SUSMAN GODFREY L.L.P.

1201 Third Avenue, Suite 3800

11

Seattle, WA  98101-3000

Telephone:  (206) 516-3880

12

Facsimile:   (206) 516-3883

Email: pfolse@susmangodfrey.com

13

           rblack@susmangodfrey.com

           jconnors@susmangodfrey.com

14

15

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of*
*the Circuit City Stores, Inc. Liquidating Trust*

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

1

By: _____ */s/ Marc M. Seltzer* _____

2

Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
SUSMAN GODFREY LLP

3

1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029

4

Telephone:  (310) 789-3100
Facsimile:   (310) 789-3150

5

Email: mseltzer@susmangodfrey.com
           ssklaver@susmangodfrey.com

6

7

Erica W. Harris
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100

8

Houston, TX  77002-5096
Telephone:  (713) 651-9366

9

Facsimile:   (713) 654-6666
Email: eharris@susmangodfrey.com

10

*Attorneys for SB Liquidation Trust*

11

12

By: _____ */s/ James B. Baldinger* _____

13

James B. Baldinger
Florida Bar No.: 869899

14

jbaldinger@carltonfields.com
Robert L. Ciotti

15

Florida Bar No.: 333141
rciotti@carltonfields.com

16

David B. Esau
Florida Bar No.: 650331

17

desau@carltonfields.com
CARLTON FIELDS, P.A.

18

CityPlace Tower – Suite 1200
525 Okeechobee Boulevard

19

West Palm Beach, Florida 33401
Telephone: (561) 659-7070

20

Facsimile: (561) 659-7368

21

*Counsel for TracFone Wireless, Inc.*

22

23

24

25

26

27

28

-6-

STIPULATION AND [PROPOSED] ORDER
SETTING REVISED TRACK 2 DEADLINES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____*/s/ Jerome A. Murphy*_____

Jeffrey H. Howard *(pro hac vice)*
Jerome A. Murphy *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email: jhoward@crowell.com
        jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone:  (213) 622-4750
Facsimile:   (213) 622-2690
Email: jmurray@crowell.com
        jlevine@crowell.com
        jstokes@crowell.com

Kenneth L. Adams *(pro hac vice)*
R. Bruce Holcomb *(pro hac vice)*
Christopher T. Leonardo *(pro hac vice)*
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC  20006
Telephone:  (202) 580-8822
Facsimile:   (202) 580-8821
Email: adams@adamsholcomb.com
        holcomb@adamsholcomb.com
        leonardo@adamsholcomb.com

*Attorneys for Plaintiffs Jaco Electronics, Inc. and Rockwell Automation, Inc., and Plaintiffs' Liaison Counsel*

1

*By: _____/s/ Lee F. Berger_____
     Holly A. House (State Bar No. 136045)

2
     Kevin C. McCann (State Bar No. 120874)
     Lee F. Berger (State Bar No. 222756)

3
     Sean Unger (State Bar No. 231694)
     PAUL HASTINGS LLP

4
     55 Second Street
     Twenty-Fourth Floor

5
     San Francisco, CA  94105
     Telephone:  (415) 856-7000

6
     Facsimile:   (415) 856-7100
     Email: kevinmccann@paulhastings.com

7
           hollyhouse@paulhastings.com
           leeberger@paulhastings.com

8
           seanunger@paulhastings.com

9
     Brad D. Brian (State Bar No. 079001)
     Jerome C. Roth (State Bar No. 159483)

10
     MUNGER, TOLLES & OLSON LLP
     355 South Grand Avenue

11
     Los Angeles, CA  90071-1560
     Telephone:  (213) 683-9100

12
     Facsimile:   (213) 687-3702
     Email:  Brad.Brian@mto.com

13

     *Attorneys for Defendants LG Display Co., Ltd. and LG*

14
     *Display America, Inc.*

15

By: _____/s/ Stephen P. Freccero_____

16
     Melvin R. Goldman (SBN 34097)
     Stephen P. Freccero (SBN 131093)

17
     Derek F. Foran (SBN 224569)
     MORRISON & FOERSTER LLP

18
     425 Market Street
     San Francisco, CA  94105

19
     Telephone:  (415) 268-7000
     Facsimile:   (415) 268-7522

20
     Email:  mgoldman@mofo.com
            sfreccero@mofo.com

21
            dforan@mofo.com

22
     *Attorneys for Defendants Epson Imaging Devices*
     *Corporation and Epson Electronics America, Inc.*

23

24

25

26

27

28

-8-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:_____*/s/ Carl L. Blumenstein*_____
    Christopher A. Nedeau (State Bar No. 81297)
    Carl L. Blumenstein (State Bar No. 124158)
    Farschad Farzan (State Bar No. 215194)
    NOSSAMAN LLP
    50 California Street, 34th Floor
    San Francisco, CA  94111
    Telephone:  (415) 398-3600
    Facsimile:  ( 415) 398-2438
    Email: cnedeau@nossaman.com
            cblumenstein@nossaman.com
            ffarzan@nossaman.com

    *Attorneys for Defendants AU Optronics Corporation
    and AU Optronics Corporation America*

By:_____*/s/ Christopher M. Curran*_____
    Christopher M. Curran *(pro hac vice)*
    Martin M. Toto *(pro hac vice)*
    John H. Chung *(pro hac vice)*
    WHITE & CASE LLP
    1155 Avenue of the Americas
    New York, NY  10036
    Telephone:  (212) 819-8200
    Facsimile:  (212) 354-8113
    Email: ccurran@whitecase.com
            mtoto@whitecase.com
            jchung@whitecase.com

    *Attorneys for Toshiba Corporation, Toshiba Mobile
    Display Co., Ltd., Toshiba America Electronic
    Components, Inc. and Toshiba America Information
    Systems, Inc.*

1                                    By:_____*/s/ Neal A. Potischman*_____

2                                       Neal A. Potischman (SBN 254862)
    neal.potischman@davispolk.com

3        DAVIS POLK & WARDWELL LLP
    1600 El Camino Real

4        Menlo Park, California 94025
    Telephone:   (650) 752-2000
    Facsimile:   (650) 752-2111

5

6        *Counsel for Chi Mei Optoelectronics Corporation*
    *(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,*

7        *and Chi Mei Optoelectronics USA, Inc. for the Office*
    *Depot, Inc., Interbond Corp. of America, Schultze*

8        *Agency Services, LLC, P.C. Richard & Son Long*
    *Island Corp., et al., Tech Data Corp., et al., The AASI*

9        *Creditor Liquidating Trust, CompuCom Systems, Inc.,*
    *and NECO Alliance LLC Actions Only*

10

11                         _____*/s/ Michael R. Scott*_____
    Michael R. Scott (pro hac vice)

12       mrs@hcmp.com
    Michael J. Ewart (pro hac vice)

13       mje@hcmp.com
    HILLIS CLARK MARTIN & PETERSON P.S.

14       1221 Second Avenue, Suite 500
    Seattle, WA 98101-2925

15       Telephone: (206) 623-1745
    Facsimile: (206) 623-7789

16       *Counsel for Chi Mei Optoelectronics Corporation*
    *(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,*

17       *and Chi Mei Optoelectronics USA, Inc. for the*
    *MetroPCS Wireless, Inc. Action Only*

18

19                             By:_____*/s/ William S. Farmer*_____

20       William S. Farmer (SBN 46694)
    David C. Brownstein (SBN 141929)

21       Jacob P. Alpren (SBN 235713)
    Farmer Brownstein Jaeger LLP

22       235 Pine Street, Suite 1300
    San Francisco, CA  94104

23       Telephone:  (415) 795-2050
    Email: wfarmer@fbj-law.com

24                dbrownstein@fbj-law.com
             jalpren@fbj-law.com

25       *Counsel for Chunghwa Picture Tubes, Ltd. in the*
    *MetroPCS Wireless Actions Only*

26

27

28

-10-        STIPULATION AND [PROPOSED] ORDER
                                                   SETTING REVISED TRACK 2 DEADLINES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____/s/ Rachel S. Brass_____
      Rachel S. Brass (SBN 219301)
      Joel S. Sanders (SBN 107234)
      Austin V. Schwing (SBN 211696
      GIBSON, DUNN & CRUTCHER LLP
      555 Mission Street, Suite 3000
      San Francisco, California 94105
      (415) 393-8200 / (415) 393-8306
      *jsanders@gibsondunn.com*
      *rbrass@gibsondunn.com*

      *Attorneys for Defendants Chunghwa Picture Tubes,*
      *Ltd. in the SB Trust, Office Depot, Jaco Electronics,*
      *Interbond, Schultze Agency Services, PC Richard,*
      *Tech Data, AASI Creditor Liquidating Trust,*
      *CompuCom, Viewsonic, and NECO Alliance Actions*
      *Only*

By: _____/s/ Robert E. Freitas_____
      Robert E. Freitas (SBN 80948)
      Jason S. Angell (SBN 221607)
      Jessica N. Leal (SBN 267232)
      FREITAS TSENG & KAUFMAN LLP
      100 Marine Parkway, Suite 200
      Redwood Shores, CA  94065
      Telephone:  (650) 593-6300
      Facsimile:    (650) 593-6301
      Email:  rfreitas@ftklaw.com
                 jangell@ftklaw.com
                 jleal@ftklaw.com

      *Attorneys for Defendant HannStar Display*
      *Corporation*

By: _____/s/ Jacob R. Sorensen_____
      Jacob R. Sorensen (SBN 209134)
      John M. Grenfell (SBN 88500)
      Fusae Nara (*pro hac vice*)
      Andrew D. Lanphere (SBN 191479)
      PILLSBURY WINTHROP SHAW PITTMAN LLP
      Four Embarcadero Center, 22nd Floor
      San Francisco, CA  94111
      Telephone:  (415) 983-1000
      Facsimile:  (415) 983-1200
      Email: john.grenfell@pillsburylaw.com
                jake.sorensen@pillsburylaw.com
                fusae.nara@pillsburylaw.com
                andrew.lanphere@pillsburylaw.com

1

By:_____/s/ Michael W. Scarborough_____
Michael W. Scarborough (SBN 203524)

2

SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor

3

San Francisco, CA  94111
Telephone:  (415) 434-9100

4

Facsimile:  (415) 434-3947
Email:  mscarborough@sheppardmullin.com

5

*Attorneys for Defendants Samsung SDI America, Inc.*

6

*and Samsung SDI Co., Ltd.*

7

By:_____/s/ Kent M. Roger_____

8

Kent M. Roger (Bar No. 95987)
MORGAN LEWIS & BOCKIUS LLP

9

One Market, Spear Street Tower
San Francisco, CA  94105-1126

10

Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

11

Email:  kroger@morganlewis.com

12

*Attorneys for Defendants Hitachi, Ltd., Hitachi*
*Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi*

13

*Electronic Devices (USA), Inc.*

14

By:_____/s/ Stephen Holbrook Sutro_____

15

George Dominic Niespolo
Stephen Holbrook Sutro

16

DUANE MORRIS LLP
One Market , Spear Tower, Suite 2200

17

San Francisco, CA  94105
Telephone:  (415) 957-3010

18

Facsimile:  (415) 957-3001
Email:  gdniespolo@duanemorris.com

19

          shsutro@duanemorris.com

20

*Attorneys for NEC Corporation, NEC LCD Technologies,*
*Ltd., and Renesas Electronics America, Inc.*

21

22

23

24

25

*Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this

26

document has been obtained from each of the above signatories.

27

28

1

2   **IT IS SO ORDERED.**

3

4   Dated:   8/30/13   _____        _____
                                                          Hon. Susan Illston

5                                         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-md-1827-SI                                  STIPULATION AND [PROPOSED] ORDER
                                                                   SETTING REVISED TRACK 2 DEADLINES