1  Carl L. Blumenstein (CA Bar No. 124158)
   NOSSAMAN LLP
2  50 California Street, 34th Floor
   San Francisco, CA 94111
3  Telephone:  (415) 398-3600
   Facsimile:  (415) 398-2438
4  Email: cblumenstein@nossaman.com

5  *Defendants' Liaison Counsel*

6  Philip J. Iovieno (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
7  10 North Pearl Street, 4th Floor
   Albany, NY 12207
8  Telephone:  (518) 434-0600
   Facsimile:  (518) 434-0665
9  Email: piovieno@bsfllp.com

10 *Attorneys for Certain Plaintiffs and on Behalf of All Track*
   *2 Plaintiffs*

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15

16 IN RE: TFT-LCD (FLAT PANEL)            CASE NO. M:07-md-01827-SI
   ANTITRUST LITIGATION
17                                        MDL NO. 1827

18
   This Document Relates to:             CASE NOS. 3:10-cv-05458-SI;
19                                        3:11-cv-0829-SI; 3:11-cv-02225-SI;
   *SB Liquidation Trust v. AU Optronics Corp.,*   3:11-cv-02495-SI; 3:11-cv-03763-SI;
20 *et al.*, 3:10-cv-05458-SI             3:11-cv-03856-SI; 3:11-cv-04119-SI;
                                          3:11-cv-05765-SI; 3:11-cv-05781-SI;
21 *MetroPCS Wireless, Inc. v. AU Optronics*   3:11-cv-06241-SI 3:12-cv-01426-SI;
   *Corp., et al.*, 3:11-cv-00829-SI     3:10-cv-05625-SI; 3:10-CV-03205 SI
22
   *Office Depot, Inc. v. AU Optronics Corp., et*   **STIPULATION AND [~~PROPOSED~~]**
23 *al.*, 3:11-cv-02225-SI               **ORDER REGARDING SUMMARY**
                                          **JUDGMENT SCHEDULE**
24 *Jaco Electronics, Inc. v. AU Optronics Corp.,*
   *et al.*, 3:11-cv-02495-SI
25

26

27

28

1  *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI

2

3  *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*,

4  3:11-cv-03856-SI

5  *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-

6  SI

7  *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI

8

9  *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-05781-

10  SI

11  *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI

12

13  *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI

14  *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics*

15  *Corp., et al.*, 3:10-cv-05625-SI

16  *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.*, 3:10-cv-03205 SI

17

18

19       Plaintiffs in the above-captioned cases, which exclude the *State of Oregon* case and the

20  *Hewlett-Packard* case (collectively, "Track 2 Cases") and Defendants in the Track 2 Cases

21  (collectively, the "Parties") hereby stipulate as follows:

22       WHEREAS the Parties have met and conferred regarding the Proposed List of Summary

23  Judgment Motions and Schedule;

24       WHEREAS the Parties continue to negotiate stipulations that, if executed, would result in

25  resolving or limiting some of the summary judgment motions listed below;

26       WHEREAS the Parties have agreed to set a schedule for certain summary judgment

27  motions; and

28

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE

WHEREAS the Parties have also met and conferred regarding a schedule for *Daubert* motions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, and subject to the availability and concurrence of the Court, that the Track 2 cases will adopt the following schedule for summary judgment motions in Track 2:

| Phase 1 | Date |
|---|---|
| Last day to file Phase 1 dispositive motions | March 18, 2014 |
| Last day to file oppositions to Phase 1 dispositive motions | April 29, 2014 |
| Last day to file reply briefs in support of Phase 1 dispositive motions | June 10, 2014 |
| Hearing on Phase 1 dispositive motions | June 27, 2014 |
| **Phase 2** | |
| Last day to file Phase 2 dispositive motions | May 1, 2014 |
| Last day to file oppositions to Phase 2 dispositive motions | June 12, 2014 |
| Last day to file reply briefs in support of Phase 2 dispositive motions | July 24, 2014 |
| Hearing on Phase 2 dispositive motions | August 8, 2014 |
| **Phase 3** | |
| Last day to file Phase 3 dispositive motions | June 2, 2014 |
| Last day to file oppositions to Phase 3 dispositive motions | July 14, 2014 |
| Last day to file reply briefs in support of Phase 3 dispositive motions | August 25, 2014 |
| Hearing on Phase 3 dispositive motions | September 12, 2014 |

IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence of the Court, that the following summary judgment topics identified by the Defendants will be in Phase 1:

1. Certain of Plaintiffs' state-law claims should be dismissed on choice of law and/or due process grounds.

2. Plaintiffs seek damages based on purchases of LCD Products containing LCD Panels that were not manufactured by Defendants or alleged co-conspirators.

3. Plaintiffs' claims and alleged damages relating to "lost sales" are barred because Plaintiffs have failed to provide evidence from which they could establish damages based on "lost sales."

4. Plaintiffs cannot recover from purported conspirators or for claims based on sales by purported conspirators they did not identify in relevant discovery responses and/or which their experts did not analyze.

5. Plaintiffs lack antitrust standing under Associated General Contractors.

6. AASI is barred from seeking damages for purchases for which it cannot prove that it paid.

IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence of the Court, that the following summary judgment topics identified by Defendants will be in Phase 2:

1. Certain of Plaintiffs' state-law claims should be dismissed because the plaintiffs do not satisfy one or more elements of the claim or are not entitled to any available remedy.

2. Plaintiffs cannot recover for claims for purchases of STN-LCD panels.

3. Plaintiffs' claims against certain Defendants are barred because those Defendants did not participate in a price-fixing conspiracy with respect to small, medium and/or large panels.

4. Certain plaintiffs have failed to bring certain claims within the applicable limitations period.

5. TracFone cannot recover for damages exceeding the amount of any overcharge.

6. TracFone's purchases from LG Electronics should be dismissed.

IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence of the Court, that the following summary judgment topics identified by Defendants will be in Phase 3:

1. Certain of Plaintiffs' alleged damages are barred because they successfully passed through to their customers any alleged overcharge on purchases of LCD Products.

2. Certain alleged co-conspirators did not participate in the price-fixing conspiracy plaintiffs allege and purchases from these entities cannot be included in plaintiffs'

1    damages.  Defendants will not raise this motion as to Fujitsu.

2        3.   Plaintiffs cannot prove that Toshiba participated in the alleged price-fixing conspiracy

3             or can be held liable for the acts of others, or plaintiffs cannot prove that certain

4             defendants participated in the alleged "crystal conspiracy" or in any "overarching" or

5             multilateral conspiracy comparable to the "crystal conspiracy."

6        4.   Certain plaintiffs' federal claims are barred because they lack standing pursuant to

7             Illinois Brick Co. v. Illinois, 431 U.S. 720 (1977). This motion is limited to arguments

8             that (1) SB Trust, MARTA, AASI and NECO do not have standing to bring Sherman

9             Act I Clayton Act claims under Illinois Brick, and (2) plaintiffs cannot prove

10            ownership and control over certain entities.

11       5.   All of Plaintiffs' claims against the Toshiba entities should be dismissed because they

12            are precluded by the judgment in *Best Buy Co., Inc. v. Toshiba Corp.*, Case No. 12-cv-

13            4114.

14       IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence of the

15   Court, that the following summary judgment topics identified by Plaintiffs will be in Phase 3:

16       1.   Certain Defendants participated in and/or are liable for the alleged conspiracy.

17       2.   Certain of Plaintiffs' alleged damages are allowable because Plaintiffs purchased LCD

18            Products from certain alleged affiliates of Defendants and co-conspirators, and such

19            alleged affiliates are owned or controlled by a Defendant or co-conspirator.

20       IT IS FURTHER STIPULATED among the Parties that the Parties will conclude

21   negotiations regarding and file stipulations regarding resolution or narrowing of any of the above

22   summary judgment motions no later than February 18, 2014;

23       IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence and

24   availability of the Court, that the following schedule will apply to any *Daubert* motions filed by

25   Defendants as to Plaintiffs' experts Dr. Bernheim, Dr. Marx, Dr. Fontecchio, and Mr. Stowell:

26

27

28

| | |
|---|---|
| Last day to hold depositions of Dr. Bernheim, Dr. Marx, Dr. Fontecchio, and Mr. Stowell | May 5, 2014 |
| Last day to file *Daubert* motions | May 29, 2014 |
| Last day to file oppositions to *Daubert* motions | July 10, 2014 |
| Last day to file reply briefs in support of *Daubert* motions | August 21, 2014 |
| Hearing on *Daubert* motions | September 5, 2014 |

IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence and availability of the Court, that the following schedule will apply to any *Daubert* motion as to any Track 2 expert except for Dr. Bernheim, Dr. Marx, Dr. Fontecchio, and Mr. Stowell:

| | |
|---|---|
| Last day to file *Daubert* motions | July 29, 2014 |
| Last day to file oppositions to *Daubert* motions | September 9, 2014 |
| Last day to file reply briefs in support of *Daubert* motions | October 21, 2014 |
| Hearing on *Daubert* motions | November 7, 2014 |

Notwithstanding the schedule above, the Parties agree that any *Daubert* motion that regards any expert appearing only in a single case that will be remanded to a transferor court for trial purposes will be heard by that transferor court.

Dated: January 28, 2014

Respectfully submitted,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: _____/s/ Jerome A. Murphy_____
 Jeffrey H. Howard *(pro hac vice)*
 Jerome A. Murphy *(pro hac vice)*
 CROWELL & MORING LLP
 1001 Pennsylvania Avenue, N.W.
 Washington, DC  20004
 Telephone:  (202) 624-2500
 Facsimile:  (202) 628-5116
 Email: jhoward@crowell.com
   jmurphy@crowell.com

 Jason C. Murray (CA Bar No. 169806)
 Janet I. Levine (CA Bar No. 94255)
 Joshua C. Stokes (CA Bar No. 220214)
 CROWELL & MORING LLP
 515 South Flower Street, 40th Floor
 Los Angeles, CA  90071
 Telephone:  (213) 622-4750
 Facsimile:  (213) 622-2690
 Email: jmurray@crowell.com
   jlevine@crowell.com
   jstokes@crowell.com

 Kenneth L. Adams *(pro hac vice)*
 R. Bruce Holcomb *(pro hac vice)*
 Christopher T. Leonardo *(pro hac vice)*
 ADAMS HOLCOMB LLP
 1875 Eye Street NW
 Washington, DC  20006
 Telephone:  (202) 580-8822
 Facsimile:  (202) 580-8821
 Email: adams@adamsholcomb.com
   holcomb@adamsholcomb.com
   leonardo@adamsholcomb.com

 *Attorneys for Plaintiffs Jaco Electronics, Inc. and Rockwell Automation, Inc., and Plaintiffs' Liaison Counsel*

By:_____/s/ Philip J. Iovieno_____
 William Isaacson (admitted *pro hac vice*)
 Melissa Felder (admitted *pro hac vice*)
 BOIES, SCHILLER & FLEXNER LLP
 5301 Wisconsin Avenue NW, Suite 800
 Washington, DC  20015
 Telephone:  (202) 237-2727
 Facsimile:  (202) 237-6131
 Email: wisaacson@bsfllp.com
   mfelder@bsfllp.com

1

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)

2

Luke Nikas (admitted *pro hac vice*)
Christopher Fenlon (admitted *pro hac vice*)

3

BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor

4

Albany, NY  12207
Telephone:  (518) 434-0600

5

Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com

6

anardacci@bsfllp.com
lnikas@bsfllp.com

7

cfenlon@basfllp.com

8

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.;*

9

*Office Depot, Inc.; Interbond Corp. of America;*
*Schultze Agency Services, LLC; P.C. Richard & Son*
*Long Island Corporation; MARTA Cooperative of*

10

*America, Inc.; ABC Appliance Inc.; Tech Data Corp.*
*and Tech Data Product Management, Inc.; The AASI*

11

*Creditor Liquidating Trust; CompuCom Systems, Inc.;*
*and NECO Alliance LLC*

12

13

By: _____ */s/ Robert W. Turken*_____

14

Robert W. Turken
Mitchell E. Widom

15

Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD

16

LLP
1450 Rickell Avenue, Suite 2300

17

Miami, FL  33131-3456
Telephone:  (305) 374-7580

18

Facsimile:   (305) 374-7593
Email: rturken@bilzin.com

19

mwidom@bilzin.com
swagner@bilzin.com

20

*Attorneys for Plaintiffs Tech Data Corp. and Tech*

21

*Data Product Management, Inc. and The AASI*
*Creditor Liquidating Trust*

22

23

24

25

26

27

28

-7-

By: _____/s/ H. Lee Godfrey_____

H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: lgodfrey@susmangodfrey.com
        kmarks@susmangodfrey.com
        jross@susmangodfrey.com
        jcarter@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
        rblack@susmangodfrey.com
        jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

1

By: _____ /s/ Marc M. Seltzer _____
Marc M. Seltzer (54534)

2

Steven G. Sklaver (237612)
SUSMAN GODFREY LLP

3

1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029

4

Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

5

Email: mseltzer@susmangodfrey.com
       ssklaver@susmangodfrey.com

6

7

Erica W. Harris
SUSMAN GODFREY LLP

8

1000 Louisiana, Suite 5100
Houston, TX  77002-5096

9

Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: eharris@susmangodfrey.com

10

11

*Attorneys for SB Liquidation Trust*

12

13

By: _____ /s/ James B. Baldinger _____
James B. Baldinger

14

Florida Bar No.: 869899
jbaldinger@carltonfields.com
Robert L. Ciotti

15

Florida Bar No.: 333141
rciotti@carltonfields.com

16

David B. Esau
Florida Bar No.: 650331

17

desau@carltonfields.com
CARLTON FIELDS, P.A.

18

CityPlace Tower – Suite 1200
525 Okeechobee Boulevard

19

West Palm Beach, Florida 33401
Telephone: (561) 659-7070

20

Facsimile: (561) 659-7368

21

*Counsel for TracFone Wireless, Inc.*

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE

1

By:＿＿＿＿＿＿＿＿ */s/ Lee F. Berger*＿＿＿＿＿＿＿＿
    Holly A. House (State Bar No. 136045)

2
    Kevin C. McCann (State Bar No. 120874)
    Lee F. Berger (State Bar No. 222756)

3
    Sean Unger (State Bar No. 231694)
    PAUL HASTINGS LLP

4
    55 Second Street
    Twenty-Fourth Floor

5
    San Francisco, CA  94105
    Telephone:  (415) 856-7000

6
    Facsimile:  (415) 856-7100
    Email: kevinmccann@paulhastings.com

7
        hollyhouse@paulhastings.com
        leeberger@paulhastings.com

8
        seanunger@paulhastings.com

9
    Brad D. Brian (State Bar No. 079001)
    Jerome C. Roth (State Bar No. 159483)

10
    MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue

11
    Los Angeles, CA  90071-1560
    Telephone:  (213) 683-9100

12
    Facsimile:  (213) 687-3702
    Email:  Brad.Brian@mto.com

13

    *Attorneys for Defendants LG Display Co., Ltd. and LG*

14
    *Display America, Inc.*

15

By:＿＿＿＿＿＿＿ */s/ Stephen P. Freccero*＿＿＿＿＿＿＿

16
    Melvin R. Goldman (SBN 34097)
    Stephen P. Freccero (SBN 131093)

17
    Derek F. Foran (SBN 224569)
    MORRISON & FOERSTER LLP

18
    425 Market Street
    San Francisco, CA  94105

19
    Telephone:  (415) 268-7000
    Facsimile:  (415) 268-7522

20
    Email:  mgoldman@mofo.com
        sfreccero@mofo.com

21
        dforan@mofo.com

22
    *Attorneys for Defendants Epson Imaging Devices*
    *Corporation and Epson Electronics America, Inc.*

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE

By: _____*/s/ Carl L. Blumenstein*_____
     Carl L. Blumenstein (State Bar No. 124158)
     Christopher A. Nedeau (State Bar No. 81297)
     Farschad Farzan (State Bar No. 215194)
     NOSSAMAN LLP
     50 California Street, 34th Floor
     San Francisco, CA  94111
     Telephone:  (415) 398-3600
     Facsimile:  ( 415) 398-2438
     Email: cnedeau@nossaman.com
              cblumenstein@nossaman.com
              ffarzan@nossaman.com

     *Attorneys for Defendants AU Optronics Corporation*
     *and AU Optronics Corporation America*


By: _____*/s/ Christopher M. Curran*_____
     Christopher M. Curran *(pro hac vice)*
     Martin M. Toto *(pro hac vice)*
     John H. Chung *(pro hac vice)*
     WHITE & CASE LLP
     1155 Avenue of the Americas
     New York, NY  10036
     Telephone:  (212) 819-8200
     Facsimile:  (212) 354-8113
     Email: ccurran@whitecase.com
              mtoto@whitecase.com
              jchung@whitecase.com

     *Attorneys for Toshiba Corporation, Toshiba Mobile*
     *Display Co., Ltd., Toshiba America Electronic*
     *Components, Inc. and Toshiba America Information*
     *Systems, Inc.*

Case No. M:07-md-01827-SI

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____ */s/ Neal A. Potischman* _____
Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone:   (650) 752-2000
Facsimile:    (650) 752-2111

*Counsel for Chi Mei Optoelectronics Corporation
(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,
and Chi Mei Optoelectronics USA, Inc. for the Office
Depot, Inc., Interbond Corp. of America, Schultze
Agency Services, LLC, P.C. Richard & Son Long
Island Corp., et al., Tech Data Corp., et al., The AASI
Creditor Liquidating Trust, CompuCom Systems, Inc.,
and NECO Alliance LLC Actions Only*


_____ */s/ Michael R. Scott* _____
Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.com
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation
(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,
and Chi Mei Optoelectronics USA, Inc. for the
MetroPCS Wireless, Inc. Action Only*


By: _____ */s/ William S. Farmer* _____
William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
Farmer Brownstein Jaeger LLP
235 Pine Street, Suite 1300
San Francisco, CA  94104
Telephone:  (415) 795-2050
Email: wfarmer@fbj-law.com
          dbrownstein@fbj-law.com
          jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the
MetroPCS Wireless Action Only*

-12-

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE

1

By: _____ /s/ Rachel S. Brass _____

2
Rachel S. Brass (SBN 219301)
Joel S. Sanders (SBN 107234)
Austin V. Schwing (SBN 211696)
3
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
4
San Francisco, California 94105
(415) 393-8200 / (415) 393-8306
5
*jsanders@gibsondunn.com*
*rbrass@gibsondunn.com*

6

7
*Attorneys for Defendants Chunghwa Picture Tubes,*
*Ltd. in the Office Depot, Jaco Electronics, TracFone,*
*Interbond, Schultze Agency Services, PC Richard,*
8
*Tech Data, AASI Creditor Liquidating Trust, and*
*CompuCom Actions Only*

9

By: _____ /s/ Harrison J. Frahn IV _____
10
James G. Kreissman (SBN 206740)
Harrison J. Frahn IV (SBN 206822)
11
Jason M. Bussey (SBN 227185)
Elizabeth A. Gillen (SBN 260667)
12
Melissa D. Schmidt (SBN 266487)
SIMPSON THACHER & BARTLETT LLP
13
2475 Hanover St.
Palo Alto, California 94304
14
Telephone: (650) 251-5000
Facsimile: (650) 251-5001
15
jkreissman@stblaw.com
hfrahn@stblaw.com
16
jbussey@stblaw.com
egillen@stblaw.com
17
melissa.schmidt@stblaw.com

18
*Attorneys for Defendant HannStar Display*
*Corporation*
19

20

By: _____ /s/ Jacob R. Sorensen _____
Jacob R. Sorensen (SBN 209134)
21
John M. Grenfell (SBN 88500)
Fusae Nara (*pro hac vice*)
22
Andrew D. Lanphere (SBN 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
23
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
24
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
25
Email: john.grenfell@pillsburylaw.com
jake.sorensen@pillsburylaw.com
26
fusae.nara@pillsburylaw.com
andrew.lanphere@pillsburylaw.com
27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE

1

By: _____ */s/ Michael W. Scarborough* _____

2
Michael W. Scarborough (SBN 203524)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor

3
San Francisco, CA  94111
Telephone:  (415) 434-9100

4
Facsimile:  (415) 434-3947
Email:  mscarborough@sheppardmullin.com

5

6
*Attorneys for Defendants Samsung SDI America, Inc.*
*and Samsung SDI Co., Ltd.*

7

By: _____ */s/ Kent M. Roger* _____

8
Kent M. Roger (Bar No. 95987)
MORGAN LEWIS & BOCKIUS LLP

9
One Market, Spear Street Tower
San Francisco, CA  94105-1126

10
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

11
Email:  kroger@morganlewis.com

12
*Attorneys for Defendants Hitachi, Ltd., Hitachi*
*Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi*

13
*Electronic Devices (USA), Inc.*

14

By: _____ */s/ Stephen Holbrook Sutro* _____

15
George Dominic Niespolo
Stephen Holbrook Sutro

16
DUANE MORRIS LLP
One Market , Spear Tower, Suite 2200

17
San Francisco, CA  94105
Telephone:  (415) 957-3010

18
Facsimile:  (415) 957-3001
Email:  gdniespolo@duanemorris.com

19
          shsutro@duanemorris.com

20
*Attorneys for NEC Corporation, NEC LCD*
*Technologies, Ltd., and Renesas Electronics America,*

21
*Inc.*

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE

1    Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this

2    document has been obtained from each of the above signatories.

3    **IT IS SO ORDERED.**

4

5

6    Dated: _____ 1/28/14 _____          _____

7                                                             Hon. Susan Illston
                                                             United States District Judge

8

9    LEGAL_US_W # 77542011

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE