| | |
|---|---|
| 1 | Carl L. Blumenstein (CA Bar No. 124158) |
| | NOSSAMAN LLP |
| 2 | 50 California Street, 34th Floor |
| | San Francisco, CA 94111 |
| 3 | Telephone: (415) 398-3600 |
| | Facsimile: (415) 398-2438 |
| 4 | Email: cblumenstein@nossaman.com |
| 5 | *Defendants' Liaison Counsel* |
| 6 | Philip J. Iovieno (admitted *pro hac vice*) |
| | BOIES, SCHILLER & FLEXNER LLP |
| 7 | 30 South Pearl Street, 11th Floor |
| | Albany, NY 12207 |
| 8 | Telephone: (518) 434-0600 |
| | Facsimile: (518) 434-0665 |
| 9 | Email: piovieno@bsfllp.com |
| 10 | *Attorneys for Certain Direct Action Plaintiffs* |
| 11 | [additional counsel listed on the signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M:07-md-01827-SI<br><br>MDL NO. 1827 |
| This Document Relates to:<br><br>*SB Liquidation Trust v. AU Optronics Corp., et al.*, 3:10-cv-05458-SI<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-00829-SI<br><br>*Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02225-SI | CASE NOS. 3:10-cv-05458-SI; 3:11-cv-0829-SI; 3:11-cv-02225-SI; 3:11-cv-03763-SI; 3:11-cv-03856-SI; 3:11-cv-04119-SI; 3:11-cv-05765-SI; 3:11-cv-05781-SI; 3:11-cv-06241-SI; 3:12-cv-01426-SI; 3:10-cv-05625-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TRACK 2 EXPERT DEPOSITIONS AND DAUBERT MOTIONS SCHEDULE** |

1   *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI

2

3   *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*,
4   3:11-cv-03856-SI

5   *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-
6   SI

7   *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI
8

9   *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-05781-
10  SI

11  *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI
12

13  *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI

14  *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics
15  Corp., et al.*, 3:10-cv-05625-SI

16

17      Plaintiffs and Defendants in the above-captioned cases (collectively, the "Parties") state as
18  follows:
19      The Parties have met and conferred in good faith regarding the scheduling of Plaintiffs'
20  experts' depositions, and recognize that the experts' schedules make it difficult to hold
21  depositions during the time period set out in the Stipulation and Order Regarding Summary
22  Judgment Schedule (entered January 28, 2014) ("Scheduling Order"); and
23      The Parties have agreed to a one week extension to the deadline for expert depositions and
24  *Daubert* motions to accommodate Plaintiffs' experts' schedules;
25      NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that, subject to the
26  Court's concurrence and availability, that the Scheduling Order is amended such that the
27  following schedule will apply to the rebuttal depositions of Plaintiffs' experts and to any *Daubert*
28

**STIPULATION AND [PROPOSED] ORDER
REGARDING TRACK 2 EXPERT DEPOSITIONS**           -1-
**AND DAUBERT MOTIONS SCHEDULE**                          CASE NO. M:07-MD-01827-SI

motions filed by Defendants as to Plaintiffs' experts Dr. Bernheim, Dr. Marx, Dr. Fontecchio, and Mr. Stowell:

| | |
|---|---|
| Last day to hold depositions of Dr. Bernheim, Dr. Fontecchio, and Mr. Stowell | May 12, 2014 |
| Last day to file *Daubert* motions | June 5, 2014 |
| Last day to file oppositions to *Daubert* motions | July 17, 2014 |
| Last day to file reply briefs in support of *Daubert* motions | August 28, 2014 |
| Hearing on *Daubert* motions | September 12, 2014 |

The Parties do not intend any other amendment to the Scheduling Order.

Dated: April 4, 2014

Respectfully submitted,


By: _____/s/ Philip J. Iovieno_____
William Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email: wisaacson@bsfllp.com


Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
         anardacci@bsfllp.com

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

By: */s/ Scott N. Wagner*
Robert W. Turken
Mitchell E. Widom
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
Email: rturken@bilzin.com
mwidom@bilzin.com
swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust*

By: */s/ H. Lee Godfrey*
H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: lgodfrey@susmangodfrey.com
kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: _____*/s/ Marc M. Seltzer*_____
Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: mseltzer@susmangodfrey.com
　　　　ssklaver@susmangodfrey.com

Erica W. Harris
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: eharris@susmangodfrey.com

*Attorneys for SB Liquidation Trust*


By: _____*/s/ James B. Baldinger*_____
James B. Baldinger
Florida Bar No.: 869899
jbaldinger@carltonfields.com
Robert L. Ciotti
Florida Bar No.: 333141
rciotti@carltonfields.com
David B. Esau
Florida Bar No.: 650331
desau@carltonfields.com
CARLTON FIELDS, P.A.
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

*Counsel for TracFone Wireless, Inc*.

|  |  |
|---|---|
| 1 | By: _____ */s/ Lee F. Berger* _____ |
| 2 | Holly A. House (State Bar No. 136045)<br>Kevin C. McCann (State Bar No. 120874) |
| 3 | Lee F. Berger (State Bar No. 222756)<br>Sean Unger (State Bar No. 231694) |
| 4 | PAUL HASTINGS LLP<br>55 Second Street |
| 5 | Twenty-Fourth Floor<br>San Francisco, CA  94105 |
| 6 | Telephone:  (415) 856-7000<br>Facsimile:   (415) 856-7100 |
| 7 | Email: kevinmccann@paulhastings.com<br>         hollyhouse@paulhastings.com |
| 8 |          leeberger@paulhastings.com<br>         seanunger@paulhastings.com |
| 9 | Brad D. Brian (State Bar No. 079001) |
| 10 | Jerome C. Roth (State Bar No. 159483)<br>MUNGER, TOLLES & OLSON LLP |
| 11 | 355 South Grand Avenue<br>Los Angeles, CA  90071-1560 |
| 12 | Telephone:  (213) 683-9100<br>Facsimile:   (213) 687-3702 |
| 13 | Email:  Brad.Brian@mto.com |
| 14 | *Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.* |
| 15 |  |
| 16 | By: _____ */s/ Stephen P. Freccero* _____<br>Melvin R. Goldman (SBN 34097) |
| 17 | Stephen P. Freccero (SBN 131093)<br>Derek F. Foran (SBN 224569) |
| 18 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 19 | San Francisco, CA  94105<br>Telephone:  (415) 268-7000 |
| 20 | Facsimile:   (415) 268-7522<br>Email:  mgoldman@mofo.com |
| 21 |          sfreccero@mofo.com<br>         dforan@mofo.com |
| 22 | *Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.* |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

**STIPULATION AND [PROPOSED] ORDER REGARDING TRACK 2 EXPERT DEPOSITIONS AND DAUBERT MOTIONS SCHEDULE**   -5-   CASE NO. M:07-MD-01827-SI

|   |   |
|---|---|
| 1 | By: _____ */s/ Carl L. Blumenstein* _____ |
| 2 | Carl L. Blumenstein (State Bar No. 124158)<br>Christopher A. Nedeau (State Bar No. 81297)<br>Farschad Farzan (State Bar No. 215194) |
| 3 | NOSSAMAN LLP<br>50 California Street, 34th Floor |
| 4 | San Francisco, CA  94111<br>Telephone:  (415) 398-3600 |
| 5 | Facsimile:  ( 415) 398-2438<br>Email: cnedeau@nossaman.com |
| 6 | cblumenstein@nossaman.com<br>ffarzan@nossaman.com |
| 7 |   |
| 8 | *Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America* |
| 9 |   |
| 10 | By: _____ */s/ Christopher M. Curran* _____<br>Christopher M. Curran *(pro hac vice)* |
| 11 | Martin M. Toto *(pro hac vice)*<br>John H. Chung *(pro hac vice)* |
| 12 | WHITE & CASE LLP<br>1155 Avenue of the Americas |
| 13 | New York, NY  10036<br>Telephone:  (212) 819-8200 |
| 14 | Facsimile:  (212) 354-8113<br>Email: ccurran@whitecase.com |
| 15 | mtoto@whitecase.com<br>jchung@whitecase.com |
| 16 | *Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic* |
| 17 | *Components, Inc. and Toshiba America Information Systems, Inc.* |

**STIPULATION AND [PROPOSED] ORDER REGARDING TRACK 2 EXPERT DEPOSITIONS AND DAUBERT MOTIONS SCHEDULE**     -6-     CASE NO. M:07-MD-01827-SI

| | |
|---|---|
| 1 | By: ____*/s/ Neal A. Potischman*____ |
| | Neal A. Potischman (SBN 254862) |
| 2 | neal.potischman@davispolk.com |
| | DAVIS POLK & WARDWELL LLP |
| 3 | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| 4 | Telephone:  (650) 752-2000 |
| | Facsimile:   (650) 752-2111 |

*Counsel for Defendants Chi Mei Optoelectronics Corp. (n/k/a Innolux Corporation), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd. for the Office Depot, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., and NECO Alliance LLC Actions Only*

____*/s/ Michael R. Scott*____
Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.com
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

By:____*/s/ William S. Farmer*____
William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
Farmer Brownstein Jaeger LLP
235 Pine Street, Suite 1300
San Francisco, CA  94104
Telephone:  (415) 795-2050
Email: wfarmer@fbj-law.com
          dbrownstein@fbj-law.com
          jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the MetroPCS Wireless Action Only*

|   |   |
|---|---|
| 1 | By: _____*/s/ Rachel S. Brass*_____ |
|   | Rachel S. Brass (SBN 219301) |
| 2 | Joel S. Sanders (SBN 107234) |
|   | Austin V. Schwing (SBN 211696 |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
|   | 555 Mission Street, Suite 3000 |
| 4 | San Francisco, California 94105 |
|   | (415) 393-8200 / (415) 393-8306 |
| 5 | *jsanders@gibsondunn.com* |
|   | *rbrass@gibsondunn.com* |

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. in the Office Depot, Jaco Electronics, TracFone, Interbond, Schultze Agency Services, PC Richard, Tech Data, AASI Creditor Liquidating Trust, and CompuCom Actions Only*

By: _____/s/ Harrison J. Frahn IV_____
James G. Kreissman (SBN 206740)
Harrison J. Frahn IV (SBN 206822)
Jason M. Bussey (SBN 227185)
Elizabeth A. Gillen (SBN 260667)
Melissa D. Schmidt (SBN 266487)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover St.
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5001
jkreissman@stblaw.com
hfrahn@stblaw.com
jbussey@stblaw.com
egillen@stblaw.com
melissa.schmidt@stblaw.com

*Attorneys for Defendant HannStar Display Corporation*

**STIPULATION AND [PROPOSED] ORDER REGARDING TRACK 2 EXPERT DEPOSITIONS AND DAUBERT MOTIONS SCHEDULE**     -8-     CASE NO. M:07-MD-01827-SI

| | |
|---|---|
| 1 | By: _____ */s/ Jacob R. Sorensen* _____ |
| 2 | Jacob R. Sorensen (SBN 209134)<br>John M. Grenfell (SBN 88500) |
| 3 | Fusae Nara (*pro hac vice*)<br>Andrew D. Lanphere (SBN 191479) |
| 4 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Four Embarcadero Center, 22nd Floor |
| 5 | San Francisco, CA  94111<br>Telephone:  (415) 983-1000 |
| 6 | Facsimile:  (415) 983-1200<br>Email: john.grenfell@pillsburylaw.com |
| 7 | jake.sorensen@pillsburylaw.com<br>fusae.nara@pillsburylaw.com |
| 8 | andrew.lanphere@pillsburylaw.com |
| 9 | *Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation* |
| 10 | By: _____ */s/ Kent M. Roger* _____ |
| 11 | Kent M. Roger (Bar No. 95987)<br>MORGAN LEWIS & BOCKIUS LLP |
| 12 | One Market, Spear Street Tower<br>San Francisco, CA  94105-1126 |
| 13 | Telephone: (415) 442-1000<br>Facsimile:   (415) 442-1001 |
| 14 | Email:  kroger@morganlewis.com |
| 15 | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi Electronic Devices (USA), Inc.* |
| 16 | |
| 17 | By: _____ */s/ Stephen Holbrook Sutro* _____ |
| 18 | George Dominic Niespolo<br>Stephen Holbrook Sutro |
| 19 | DUANE MORRIS LLP<br>One Market , Spear Tower, Suite 2200 |
| 20 | San Francisco, CA  94105<br>Telephone: (415) 957-3010 |
| 21 | Facsimile:  (415) 957-3001<br>Email:  gdniespolo@duanemorris.com |
| 22 | shsutro@duanemorris.com |
| 23 | *Attorneys for NEC Corporation, NEC LCD Technologies, Ltd., and Renesas Electronics America, Inc.* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**STIPULATION AND [PROPOSED] ORDER REGARDING TRACK 2 EXPERT DEPOSITIONS AND DAUBERT MOTIONS SCHEDULE**        -9-

CASE NO. M:07-MD-01827-SI

1  Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this
2  document has been obtained from each of the above signatories.
3
**IT IS SO ORDERED.**
4
5
6  Dated:  4/7/14                                    _____
                                                     Hon. Susan Illston
7                                                    United States District Judge