IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to: | **ORDER RE: APRIL 23, 2014 CASE MANAGEMENT CONFERENCE** |

*The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics, et al.*, Case No. 3:11-cv-5781 SI

*Acer America Corp. v. Hitachi Ltd., et al.*, Case No. 3:13-cv-3349 SI

*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al.*, Case No. 3:10-cv-5625 SI

*CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, Case No. 3:11-cv-6241 SI

*Home Depot U.S.A.,, Inc. v. AU Optronics Corp., et al.*, Case No. 3:13-cv-6001 SI

*Interbond Corp. of America v. AU Optronics Corp., et al.*, Case No. 3:11-cv-3763 SI

*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, Case No. 3:11-cv-829 SI

*NECO Alliance LLC v. AU Optronics Corp., et al.*, Case No. 3:12-cv-1426 SI

*Office Depot, Inc. v. AU Optronics Corp., et al.*, Case No. 3:11-cv-2225 SI

*P.C. Richard & Son Long Island Corp. et al., v. AU Optronics Corp., et al.*, Case No. 3:11-cv-4119 SI

*Proview Technology, Inc. v. AU Optronics Corp., et al.*, Case No. 3:12-cv-3802 SI

*S.B. Liquidation Trust v. AU Optronics Corp., et al.*, Case No. 3:10-cv-5458 SI

*Schultze Agency Servs. LLC, on behalf of Tweeter Opco. LLC and Tweeter Newco, LLC v. AU Optronics Corp., et al.*, Case No. 3:11-cv-3856 SI

*Sony Elec., Inc. v. AU Optronics Corp., et al.*, Case No. 3:12-cv-2214 SI

*State of Oregon v. AU Optronics Corp., et al.*, Case No. 3:10-cv-4346 SI

*Tech Data Corp., et al. v. AU Optronics Corp., et al.*, Case No. 3:11-cv-5765 SI

*Tracfone Wireless, Inc. v. AU Optronics Corp., et al.*, Case No. 3:10-cv-3205 SI

_____/

On April 23, 2014, the Court held a case management conference in the remaining Track 2 and Track 3 cases, as well as the case brought by the State of Oregon, *State of Oregon v. AU Optronics Corp., et al.*, C 10-4346 SI.

The Court GRANTED the administrative motion for substitution of liaison counsel for direct action plaintiffs. Docket No. 8957. The Court hereby appoints David B. Esau of the firm Carlton Fields Jorden Burt as Liaison Counsel for the Direct Action Plaintiffs. Carl Blumenstein will continue in his role as Liaison Counsel for defendants. The Court will issue a separate order regarding AUO's administrative motion regarding liaison counsel for the direct and indirect purchaser classes. Docket No. 8963.

As discussed during the conference, there are thirteen remaining Track 2 cases. Mr. Blumenstein informed the Court that one of those cases, *SB Liquidation Trust*, C 10-5458 SI, has settled and that the parties expect to file a dismissal shortly. In the *Sony* case, C 12-2214 SI, the parties will file a stipulated judgment so the parties can proceed directly to an appeal in the Ninth Circuit. At the conclusion of

pretrial proceedings in this Court, ten of the Track 2 cases will be remanded to their respective transferor courts. Those cases are *AASI Creditor Liquidating Trust*, C 11-5781 SI; *Interbond Corp.*, C 11-3763 SI; *CompuCom*, C 11-6241 SI; *MetroPCS Wireless*, C 11-829 SI; *NECO Alliance*, C 12-1426 SI; *Office Depot*, C 11-2225 SI; *P.C. Richard & Son*, C 11-4119 SI; *Tech Data Corp.*, C 11-5765 SI; *Tracfone Wireless*, C 10-3205 SI; and *Schultze Agency Services LLC*, C 11-3856 SI.

The final Track 2 case, *Alfred H. Siegel*, C10-5625 SI ("*Circuit City*"), and the three Track 3 cases (*Acer*, C 13-3349 SI; *Proview*, C 12-3802 SI; and *Home Depot*, C 13-6001 SI), were originally filed in this Court. The Court directed plaintiffs' counsel in these cases to meet and confer with defendants' liaison counsel regarding a further pretrial schedule for the Track 3 cases, as well as proposed trial dates for all four cases. As the Court informed the parties, it is the Court's expectation that these cases can be tried before the end of 2015, with the *Circuit City* trial taking place during the summer of 2015. The parties shall file a proposed pretrial schedule for the Track 3 cases, and proposed trial dates for *Circuit City* and the Track 3 cases, by **May 7, 2014**. The Court also GRANTED counsel's request for a one week extension of the deadline to file supplemental briefs on the motion to dismiss *Proview*'s state claims; the supplemental briefs are now due **May 9, 2014**.

Finally, the *Oregon* case, C 10-4346 SI, is proceeding on a separate pretrial schedule, and that case will be remanded to the transferor court after the conclusion of pretrial proceedings in this Court.

**IT IS SO ORDERED.**

Dated: April 23, 2014

SUSAN ILLSTON
United States District Judge

3