**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates To:<br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-00829-SI | Nos. 3:11-cv-00829-SI; 3:11-cv-02225-SI; 3:11-cv-03763-SI; 3:11-cv-05765-SI; 3:11-cv-05781-SI; 3:11-cv-06241-SI; 3:10-cv-03205-SI |
| *Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02225-SI | **ORDER GRANTING REQUEST FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF SEPTEMBER 4, 2014 ORDER** |
| *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI | |
| *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI | |
| *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11- cv-05781-SI | |
| *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI | |
| *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.,* 3:10-cv-03205 SI / | |

Now before the Court is plaintiffs' request for leave to file a motion for reconsideration of the Court's September 4, 2014 Order, granting in part and denying in part defendants' motion for summary

judgment as to certain alleged non-party coconspirators. Having carefully considered the papers submitted, the Court hereby GRANTS plaintiff's request for leave to file motion for reconsideration. and will treat the plaintiffs' papers as such a motion. Defendants may file responsive papers **on or before October 10, 2014.**

**IT IS SO ORDERED.**

Dated: September 29, 2014

SUSAN 0ILLSTON
UNITED STATES DISTRICT JUDGE