IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ | No. M 07-1827 SI MDL. No. 1827 |
| This Order Relates to: | **ORDER RE: REMAINING TRACK 2 AND *OREGON* CASES** |

*The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics, et al.*, Case No. 3:11-cv-5781 SI

*CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, Case No. 3:11-cv-6241 SI

*Interbond Corp. of America v. AU Optronics Corp., et al.*, Case No. 3:11-cv-3763 SI

*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, Case No. 3:11-cv-829 SI

*NECO Alliance LLC v. AU Optronics Corp., et al.*, Case No. 3:12-cv-1426 SI

*Office Depot, Inc. v. AU Optronics Corp., et al.*, Case No. 3:11-cv-2225 SI

*P.C. Richard & Son Long Island Corp. et al., v. AU Optronics Corp., et al.*, Case No. 3:11-cv-4119 SI

*Schultze Agency Servs. LLC, on behalf of Tweeter Opco. LLC and Tweeter Newco, LLC v. AU Optronics Corp., et al.*, Case No. 3:11-cv-3856 SI

*State of Oregon v. AU Optronics Corp., et al.*, Case No. 3:10-cv-4346 SI

*Tech Data Corp., et al. v. AU Optronics Corp., et al.*, Case No. 3:11-cv-5765 SI

*Tracfone Wireless, Inc. v. AU Optronics Corp., et al.*, Case No. 3:10-cv-3205 SI
_____/

This order applies to the remaining Track 2 cases, as well as the case brought by the State of Oregon, *State of Oregon v. AU Optronics Corp., et al.*, C 10-4346 SI.

The remaining Track 2 cases are *AASI Creditor Liquidating Trust*, C 11-5781 SI; *Interbond Corp.*, C 11-3763 SI; *CompuCom*, C 11-6241 SI; *MetroPCS Wireless*, C 11-829 SI; *NECO Alliance*, C 12-1426 SI; *Office Depot*, C 11-2225 SI; *P.C. Richard & Son*, C 11-4119 SI; *Tech Data Corp.*, C 11-5765 SI; *Tracfone Wireless*, C 10-3205 SI; and *Schultze Agency Services LLC*, C 11-3856 SI.. The Court directs counsel in the remaining Track 2 cases, as well as the *Oregon* case, to file a status statement by **February 20, 2015**, informing the Court of the status of each case, including which defendants remain in each case and what pretrial matters remain to be decided prior to remanding each case to their originating districts.

**IT IS SO ORDERED.**

Dated: February 9, 2015

SUSAN ILLSTON
United States District Judge